**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/22**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself | |
|---|---|---|

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Thomas**<br>First name | **Dawn**<br>First name |
| | | **Anthony**<br>Middle name | **Marie**<br>Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Carolan**<br>Last name and Suffix (Sr., Jr., II, III) | **Carolan**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7790 | xxx-xx-3842 |

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number *(if known)* | |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **4.** | **Your Employer Identification Number (EIN), if any.** | | |
| | | EIN | EIN |

| | | | |
|---|---|---|---|
| **5.** | **Where you live** | **604 Hillside Court** <br> **Arroyo Grande, CA 93420** <br> Number, Street, City, State & ZIP Code <br><br> **San Luis Obispo** <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br><br> Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** <br><br><br> Number, Street, City, State & ZIP Code <br><br><br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br><br> Number, P.O. Box, Street, City, State & ZIP Code |

| | | | |
|---|---|---|---|
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

| Debtor 1 | **Thomas Anthony Carolan** | Case number *(if known)* |
|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | |

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.  How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.  Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | | | When | | Case number | |
| | | | When | | Case number | |

---

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | Debtor | | | Relationship to you | |
|---|---|---|---|---|---|
| | District | | When | | Case number, if known |
| | Debtor | | | Relationship to you | |
| | District | | When | | Case number, if known |

---

**11.  Do you rent your residence?**

- ■ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number *(if known)* | |

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard? _____

If immediate attention is
needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

---

| Debtor 1 | **Thomas Anthony Carolan** | |
|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number *(if known)* |

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

## Part 6:    Answer These Questions for Reporting Purposes

| 16. What kind of debts do you have? | 16a. | **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |
|---|---|---|
| | | ■ No. Go to line 16b. |
| | | ☐ Yes. Go to line 17. |
| | 16b. | **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment. |
| | | ☐ No. Go to line 16c. |
| | | ■ Yes. Go to line 17. |
| | 16c. | State the type of debts you owe that are not consumer debts or business debts |

| 17. Are you filing under Chapter 7? | ☐ No. | I am not filing under Chapter 7. Go to line 18. |
|---|---|---|
| Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors? | ■ Yes. | I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors? |
| | | ■ No |
| | | ☐ Yes |

| 18. How many Creditors do you estimate that you owe? | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | ☐ 200-999 | | |

| 19. How much do you estimate your assets to be worth? | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| 20. How much do you estimate your liabilities to be? | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **Thomas Anthony Carolan** | **Dawn Marie Carolan** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on  05/24/2024 | Executed on  05/24/2024 |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1    **Thomas Anthony Carolan**

Debtor 2    **Dawn Marie Carolan**

Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

_____          Date    5-24-24
Signature of Attorney for Debtor                     MM / DD / YYYY

**Edwin J. Rambuski**
Printed name

**Law Offices of Edwin J. Rambuski**
Firm name

**1401 Higuera Street**
**San Luis Obispo, CA 93401-2915**
Number, Street, City, State & ZIP Code

Contact phone    **(805) 546-8284**          Email address    **edwin@rambuskilaw.com**

**109602 CA**
Bar number & State

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**In re Thomas Carolan and Dawn Carolan, Debtors**
**Chapter 7 Case #02-12532-s7**
**Filed 4/11/2002 Discharged 7/29/2002**
**Judge James S. Starzynski**
**District of New Mexico (Albuquerque)**
**No real property was listed on Schedule A**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **San Luis Obispo**                    , California.

Date:

**Thomas Anthony Carolan**
Signature of Debtor 1

**Dawn Marie Carolan**
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                              Page 1          F 1015-2.1.STMT.RELATED.CASES

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Thomas Anthony Carolan** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | **Dawn Marie Carolan** |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an
  amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B. | $    **1,000,000.00** |
|  | 1b. Copy line 62, Total personal property, from Schedule A/B................................................................... | $    **131,317.45** |
|  | 1c. Copy line 63, Total of all property on Schedule A/B............................................................................ | $    **1,131,317.45** |

**Part 2:    Summarize Your Liabilities**

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*... | $    **1,344,674.83** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $    **0.00** |
|  | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $    **2,065,561.88** |
|  | **Your total liabilities** | $    **3,410,236.71** |

**Part 3:    Summarize Your Income and Expenses**

|  |  | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................................... | $    **7,042.98** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*................................................................. | $    **13,839.49** |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

  ☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

  ☑  Yes

7.  **What kind of debt do you have?**

  ☐  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

  ☑  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

| Debtor 1 | **Thomas Anthony Carolan** | |
|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | |
| | | Case number *(if known)* _____ |

8. **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Thomas Anthony Carolan** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Dawn Marie Carolan** |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes.  Where is the property?

**1.1**

**604 Hillside Court**
Street address, if available, or other description

**Arroyo Grande      CA     93420-0000**
City          State     ZIP Code

**San Luis Obispo**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

***Note: First Trust Deed - LoanDepot: $410,620.18, Second Trust Deed - Fresno First Bank: $877,928.67**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,000,000.00** | **$1,000,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

■ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**............................................................=>

**$1,000,000.00**

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | | Case number *(if known)* |

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Nissan** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1   Make: **Nissan**
Model: **Pathfinder**
Year: **2013**
Approximate mileage: **198,600**
Other information:

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$1,380.00**
Current value of the portion you own? **$1,380.00**

---

3.2   Make: **Hyundai**
Model: **Ioniq 5**
Year: **2023**
Approximate mileage: **15,000**
Other information:
**\*Note: Purchase money lien - Hyundai Finance: $56,125.98**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$29,570.00**
Current value of the portion you own? **$29,570.00**

---

3.3   Make: **Nissan**
Model: **Rogue**
Year: **2009**
Approximate mileage: **154,117**
Other information:
**\*Note: This vehicle is owned by the Debtors' daughter. The Debtors are on title for the sole purpose of assisting their daughter in purchasing the vehicle.**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$666.00**
Current value of the portion you own? **$666.00**

---

3.4   Make: **Honda**
Model: **CRV**
Year: **2012**
Approximate mileage: **151,530**
Other information:
**\*Note: This vehicle is owned by the Debtors' daughter. The Debtors are on title for the sole purpose of assisting their daughter in purchasing the vehicle.**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$4,000.00**
Current value of the portion you own? **$4,000.00**

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

Debtor 1    **Thomas Anthony Carolan**

Debtor 2    **Dawn Marie Carolan**             Case number *(if known)*

---

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
pages you have attached for Part 2. Write that number here......................................................=>    | **$35,616.00** |

---

**Part 3:**   Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe.....

| Household furnishings, appliances, provisions and personal effects ordinarily and reasonably used by debtors. No one item exceeding $725. | $3,000.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☑ Yes. Describe.....

| TV, 2 laptops, and 2 mobile phones | $350.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☑ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☑ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☑ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☑ Yes. Describe.....

| Debtors' wearing apparel | $300.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☑ Yes. Describe.....

| Debtor's jewelry including necklaces, earrings, and bracelets | $300.00 |
|---|---|

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**                                    Case number *(if known)*

**13.  Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes. Describe.....

| | |
|---|---|
| Dog | $1.00 |

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes.  Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................**

| |
|---|
| $3,951.00 |

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16.  Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes.........................................................................................................

| | |
|---|---|
| **Cash** | $3,500.00 |

**17.  Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes........................        Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Wells Fargo Bank** | $29.28 |
| 17.2. | **Checking** | **Pacific Western Bank** | $2,070.76 |
| 17.3. | **Savings** | **Wells Fargo Bank** | $0.26 |
| 17.4. | **Savings** | **Sesloc** | $5.00 |
| 17.5. | **Savings** | **Sesloc** | $54.66 |
| 17.6. | **HSA** | **UMB** | $2,391.33 |

**18.  Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes..................        Institution or issuer name:

| Debtor 1 | **Thomas Anthony Carolan** | |
|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number *(if known)* |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Digital Market Media, Inc.**<br><br>**Note: The business has a negative net worth. The business owns no fixed assets, equipment, fixtures, inventory, or real property. The company operated as an online digital marketing business.** | **100** % | **$1.00** |
| **Legends United Insurance Agency, Inc.**<br><br>**\*Note: This business is operating but has a negative net worth. The business owns absolutely no fixed assets, equipment, inventory, or fixtures. The business has approximately $90 in a bank account, which is its only asset.** | **100** % | **$1.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them

Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **American Funds**<br><br>**\*Note: ADD'L INFORMATION: C.C.P. Section 704.115 creates a restriction on the transfer of the debtor's beneficial interest in the IRA trust that is enforceable under applicable non-bankruptcy law, within the meaning of 11 U.S.C. Section 541(c). Therefore, the IRA is not property of the estate. [Patterson v. Shumate (1992) 112 S.Ct. 2242, and In re Yuhas (Bkrtcy. Ct. D.C. N.J. 1994) 186 B.R. 381.] If the IRA is property of the estate, then it is exempt. [In re Rawlinson (9th Cir. BAP 1997) 209 B.R. 501 and In re McKown (9th Cir. 2000) 203 F.3d 1188.]** | **$23,544.14** |

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number *(if known)*

| | | |
|---|---|---|
| **IRA** | **Capital Group/American Funds** | |
| | **\*Note: ADD'L INFORMATION: C.C.P. Section 704.115 creates a restriction on the transfer of the debtor's beneficial interest in the IRA trust that is enforceable under applicable non-bankruptcy law, within the meaning of 11 U.S.C. Section 541(c). Therefore, the IRA is not property of the estate. [Patterson v. Shumate (1992) 112 S.Ct. 2242, and In re Yuhas (Bkrtcy. Ct. D.C. N.J. 1994) 186 B.R. 381.] If the IRA is property of the estate, then it is exempt. [In re Rawlinson (9th Cir. BAP 1997) 209 B.R. 501 and In re McKown (9th Cir. 2000) 203 F.3d 1188.]** | $39,850.32 |
| **Roth IRA** | **Edward Jones** | |
| | **\*Note: ADD'L INFORMATION: C.C.P. Section 704.115 creates a restriction on the transfer of the debtor's beneficial interest in the IRA trust that is enforceable under applicable non-bankruptcy law, within the meaning of 11 U.S.C. Section 541(c). Therefore, the IRA is not property of the estate. [Patterson v. Shumate (1992) 112 S.Ct. 2242, and In re Yuhas (Bkrtcy. Ct. D.C. N.J. 1994) 186 B.R. 381.] If the IRA is property of the estate, then it is exempt. [In re Rawlinson (9th Cir. BAP 1997) 209 B.R. 501 and In re McKown (9th Cir. 2000) 203 F.3d 1188.]** | $8,470.11 |
| **Roth IRA** | **Edward Jones** | |
| | **\*Note: ADD'L INFORMATION: C.C.P. Section 704.115 creates a restriction on the transfer of the debtor's beneficial interest in the IRA trust that is enforceable under applicable non-bankruptcy law, within the meaning of 11 U.S.C. Section 541(c). Therefore, the IRA is not property of the estate. [Patterson v. Shumate (1992) 112 S.Ct. 2242, and In re Yuhas (Bkrtcy. Ct. D.C. N.J. 1994) 186 B.R. 381.] If the IRA is property of the estate, then it is exempt. [In re Rawlinson (9th Cir. BAP 1997) 209 B.R. 501 and In re McKown (9th Cir. 2000) 203 F.3d 1188.]** | $8,426.10 |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
■ Yes. ....................

Institution name or individual:

| | | |
|---|---|---|
| **Rent** | **Security deposit for daughter's Berkeley apartment** | $2,095.00 |

| Debtor 1 | **Thomas Anthony Carolan** | |
|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number *(if known)* |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes.............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☐ No
■ Yes.  Give specific information about them...

| | |
|---|---|
| **Debtors' insurance licenses** | $1.00 |

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else

☐ No
■ Yes.  Give specific information..

| | |
|---|---|
| **Digital Market Media, Inc. owes Debtors for reimbursement of payment of Verizon bill** | $619.16 |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.
            Company name:                    Beneficiary:                    Surrender or refund
                                                                          value:

| Debtor 1 | **Thomas Anthony Carolan** | | |
|----------|---------------------------|---|---|
| Debtor 2 | **Dawn Marie Carolan** | | Case number *(if known)* |

| | | |
|---|---|---|
| **SBLI Term Life Insurance** | | |
| **\*Note: No cash surrender value, No loan value** | **Dawn Carolan** | **$1.00** |
| **SBLI Term Life Insurance** | | |
| **\*Note: No cash surrender value, No loan value** **Assigned to Fresno First Bank as collateral for an SBA loan** | **Fresno First Bank** | **$1.00** |

32. **Any interest in property that is due you from someone who has died.**
     If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
     ■ No
     ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
     *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
     ■ No
     ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
     ■ No
     ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
     ■ No
     ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

| | |
|---|---|
| | **$91,061.12** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
     ☐ No. Go to Part 6.
     ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
     ☐ No
     ■ Yes.  Describe.....

| | |
|---|---|
| **Elevance Commission of $170.29/month** **\*Note: Debtors believe this commission will decrease to approximately $2.30/month in June 2024** | **$170.29** |
| **Blue Shield commission of $119.04/month** | **$119.04** |

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | | Case number *(if known)* |

**39. Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
■ Yes.  Describe.....

| **Two laptops, two desks, one printer, two office chairs, filing cabinet** | $400.00 |
|---|---|

**40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

■ No
☐ Yes.  Describe.....

**41.  Inventory**

■ No
☐ Yes.  Describe.....

**42.  Interests in partnerships or joint ventures**

■ No
☐ Yes.  Give specific information about them....................

                 Name of entity:                       % of ownership:

**43.  Customer lists, mailing lists, or other compilations**

■ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ■ No
      ☐ Yes.  Describe.....

**44.  Any business-related property you did not already list**

■ No
☐ Yes. Give specific information.........

**45.  Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here...............................................................................................................**

| $689.33 |
|---|

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.
☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53.  Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

■ No
☐ Yes. Give specific information.........

**54.  Add the dollar value of all of your entries from Part 7. Write that number here  .....................................**

| $0.00 |
|---|

Debtor 1    **Thomas Anthony Carolan**

Debtor 2    **Dawn Marie Carolan**

Case number *(if known)* _____

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................ | | | $1,000,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | | $35,616.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | | $3,951.00 | |
| 58. | **Part 4: Total financial assets, line 36** | | $91,061.12 | |
| 59. | **Part 5: Total business-related property, line 45** | | $689.33 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | | $131,317.45 | Copy personal property total  $131,317.45 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | $1,131,317.45 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Thomas Anthony Carolan** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Dawn Marie Carolan** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2013 Nissan Pathfinder 198,600 miles**<br>Line from *Schedule A/B*: **3.1** | $1,380.00 | ■ $1,380.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| **2009 Nissan Rogue 154,117 miles**<br>***Note: This vehicle is owned by the Debtors' daughter. The Debtors are on title for the sole purpose of assisting their daughter in purchasing the vehicle.***<br>Line from *Schedule A/B*: **3.3** | $666.00 | ■ $666.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(2)** |
| **2012 Honda CRV 151,530 miles**<br>***Note: This vehicle is owned by the Debtors' daughter. The Debtors are on title for the sole purpose of assisting their daughter in purchasing the vehicle.***<br>Line from *Schedule A/B*: **3.4** | $4,000.00 | ■ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(2)** |

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**                                                    Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Household furnishings, appliances, provisions and personal effects ordinarily and reasonably used by debtors. No one item exceeding $725.**<br>Line from *Schedule A/B*: **6.1** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **TV, 2 laptops, and 2 mobile phones**<br>Line from *Schedule A/B*: **7.1** | $350.00 | ■ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Debtors' wearing apparel**<br>Line from *Schedule A/B*: **11.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Debtor's jewelry including necklaces, earrings, and bracelets**<br>Line from *Schedule A/B*: **12.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(4) |
| **Dog**<br>Line from *Schedule A/B*: **13.1** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $3,500.00 | ■ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Checking: Wells Fargo Bank**<br>Line from *Schedule A/B*: **17.1** | $29.28 | ■ $29.28<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Checking: Pacific Western Bank**<br>Line from *Schedule A/B*: **17.2** | $2,070.76 | ■ $2,070.76<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Savings: Wells Fargo Bank**<br>Line from *Schedule A/B*: **17.3** | $0.26 | ■ $0.26<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Savings: Sesloc**<br>Line from *Schedule A/B*: **17.4** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Savings: Sesloc**<br>Line from *Schedule A/B*: **17.5** | $54.66 | ■ $54.66<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan** _____    Case number (if known) _____

| Brief description of the property and line on _Schedule A/B_ that lists this property | Current value of the portion you own<br><br>Copy the value from _Schedule A/B_ | Amount of the exemption you claim<br><br>_Check only one box for each exemption._ | Specific laws that allow exemption |
|---|---|---|---|
| **HSA: UMB**<br>Line from _Schedule A/B_: **17.6** | $2,391.33 | ■ $2,391.33<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| **Digital Market Media, Inc.**<br><br>**Note: The business has a negative net worth. The business owns no fixed assets, equipment, fixtures, inventory, or real property. The company operated as an online digital marketing business.**<br>**100 % ownership**<br>Line from _Schedule A/B_: **19.1** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| **Legends United Insurance Agency, Inc.**<br><br>***Note: This business is operating but has a negative net worth. The business owns absolutely no fixed assets, equipment, inventory, or fixtures. The business has approximately $90 in a bank account, which is its onl**<br>Line from _Schedule A/B_: **19.2** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| **IRA: American Funds**<br><br>***Note: ADD'L INFORMATION: C.C.P. Section 704.115 creates a restriction on the transfer of the debtor's beneficial interest in the IRA trust that is enforceable under applicable non-bankruptcy law, within the meaning of 11 U.S.C. Sect**<br>Line from _Schedule A/B_: **21.1** | $23,544.14 | ■ $23,544.14<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **IRA: Capital Group/American Funds**<br><br>***Note: ADD'L INFORMATION: C.C.P. Section 704.115 creates a restriction on the transfer of the debtor's beneficial interest in the IRA trust that is enforceable under applicable non-bankruptcy law, within the meaning of**<br>Line from _Schedule A/B_: **21.2** | $39,850.32 | ■ $39,850.32<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**                                    Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Roth IRA: Edward Jones**<br><br>**\*Note: ADD'L INFORMATION: C.C.P. Section 704.115 creates a restriction on the transfer of the debtor's beneficial interest in the IRA trust that is enforceable under applicable non-bankruptcy law, within the meaning of 11 U.S.C. S**<br>Line from *Schedule A/B*: **21.3** | $8,470.11 | ■ $8,470.11<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Roth IRA: Edward Jones**<br><br>**\*Note: ADD'L INFORMATION: C.C.P. Section 704.115 creates a restriction on the transfer of the debtor's beneficial interest in the IRA trust that is enforceable under applicable non-bankruptcy law, within the meaning of 11 U.S.C. S**<br>Line from *Schedule A/B*: **21.4** | $8,426.10 | ■ $8,426.10<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Rent: Security deposit for daughter's Berkeley apartment**<br>Line from *Schedule A/B*: **22.1** | $2,095.00 | ■ $2,095.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| **Debtors' insurance licenses**<br>Line from *Schedule A/B*: **27.1** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 695.060** |
| **Digital Market Media, Inc. owes Debtors for reimbursement of payment of Verizon bill**<br>Line from *Schedule A/B*: **30.1** | $619.16 | ■ $619.16<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| **SBLI Term Life Insurance**<br><br>**\*Note: No cash surrender value, No loan value**<br>**Beneficiary: Dawn Carolan**<br>Line from *Schedule A/B*: **31.1** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(7)** |
| **SBLI Term Life Insurance**<br><br>**\*Note: No cash surrender value, No loan value**<br>**Assigned to Fresno First Bank as collateral for an SBA loan**<br>**Beneficiary: Fresno First Bank**<br>Line from *Schedule A/B*: **31.2** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(7)** |

| Debtor 1 | **Thomas Anthony Carolan** | |
|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number (if known) _____ |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Elevance Commission of $170.29/month**<br><br>**\*Note: Debtors believe this commission will decrease to approximately $2.30/month in June 2024**<br>Line from *Schedule A/B*: **38.1** | $170.29 | ■  $170.29<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| **Blue Shield commission of $119.04/month**<br>Line from *Schedule A/B*: **38.2** | $119.04 | ■  $119.04<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| **Two laptops, two desks, one printer, two office chairs, filing cabinet**<br>Line from *Schedule A/B*: **39.1** | $400.00 | ■  $400.00<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(3)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■  No

   ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐  No

       ☐  Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Thomas Anthony Carolan** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | **Dawn Marie Carolan** |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:  List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A — Amount of claim — Do not deduct the value of collateral. | Column B — Value of collateral that supports this claim | Column C — Unsecured portion — If any |
|---|---|---|---|
| | $877,928.67 | $1,000,000.00 | $288,548.85 |

| 2.1  **Fresno First Bank** | **Describe the property that secures the claim:** |
|---|---|
| Creditor's Name | **604 Hillside Court Arroyo Grande, CA 93420  San Luis Obispo County** |
| **7690 N. Palm Ave., Ste. 101 Fresno, CA 93711** | **As of the date you file, the claim is:** Check all that apply. |
| Number, Street, City, State & Zip Code | ☑ Contingent |
| | ☑ Unliquidated |
| | ☐ Disputed |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. |
| ☐ Debtor 1 only | ☑ An agreement you made (such as mortgage or secured car loan) |
| ☐ Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) |
| ☐ Debtor 1 and Debtor 2 only | ☐ Judgment lien from a lawsuit |
| ☑ At least one of the debtors and another | ☐ Other (including a right to offset) _____ |
| ☑ Check if this claim relates to a community debt | |

Date debt was incurred  __2022__          Last 4 digits of account number  __9110__

Debtor 1  **Thomas Anthony Carolan**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Debtor 2  **Dawn Marie Carolan**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (if known) _____

---

| 2.2 | **Hyundai Motor Finance** | Describe the property that secures the claim: | $56,125.98 | $29,570.00 | $26,555.98 |
|---|---|---|---|---|---|

Creditor's Name

**Attention: Bankruptcy Dept.**
**P.O. Box 20809**
**Fountain Valley, CA 92728-0809**

Number, Street, City, State & Zip Code

| 2023 Hyundai Ioniq 5 10,175 miles |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **2023**          Last 4 digits of account number  **9926**

---

| 2.3 | **LoanDepot.com, LLC** | Describe the property that secures the claim: | $410,620.18 | $1,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**P.O. Box 250009**
**Plano, TX 75025**

Number, Street, City, State & Zip Code

| 604 Hillside Court Arroyo Grande, CA 93420  San Luis Obispo County |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **2020**          Last 4 digits of account number  **5734**

---

Add the dollar value of your entries in Column A on this page. Write that number here:  $1,344,674.83

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:  $1,344,674.83

---

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]      Name, Number, Street, City, State & Zip Code

**Garth G. Gavenda**
**Jellum Law**
**7616 Currell Blvd., Suite 245**
**Saint Paul, MN 55125**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number  ___

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Thomas Anthony Carolan** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Dawn Marie Carolan** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **Aaron Karn** | Last 4 digits of account number _____ | $45.00 |
| | Nonpriority Creditor's Name | | |
| | **208 Oak St.** | When was the debt incurred?  **2023** | |
| | **Bakersfield, CA 93304** | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| Debtor 1 | **Thomas Anthony Carolan** |
|---|---|
| Debtor 2 | **Dawn Marie Carolan** |

Case number *(if known)* _____

---

| 4.2 | **AcquireCrowd** | Last 4 digits of account number _____ | $135.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**4533 MacArthur Blvd., Ste A5314**
**Newport Beach, CA 92660**
Number Street City State Zip Code

When was the debt incurred?    **2023**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.3 | **Adam Lubenow** | Last 4 digits of account number _____ | $1,260.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**21114 N 37th Run**
**Phoenix, AZ 85050**
Number Street City State Zip Code

When was the debt incurred?    **2023**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.4 | **Adjunct Media** | Last 4 digits of account number _____ | $24,320.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**22 Brookside Terrance**
**Caldwell, NJ 07006**
Number Street City State Zip Code

When was the debt incurred?    **2022-2023**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.5 | **AdMediary, LLC** | Last 4 digits of account number _____ | $13,666.67 |
|---|---|---|---|

Nonpriority Creditor's Name
**23929 Valencia Blvd., Ste 404**
**Valencia, CA 91355**
Number Street City State Zip Code

When was the debt incurred?    **2023**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.6 | **Adsync Media LLC** | Last 4 digits of account number _____ | $18,690.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1300 South Miami Avenue**
**Miami, FL 33130**
Number Street City State Zip Code

When was the debt incurred?    **2023-2024**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.7 | **Aidvantage** | Last 4 digits of account number _____ | $5,719.64 |
|---|---|---|---|

Nonpriority Creditor's Name
**Federal Student Aid**
**P.O. Box 4450**
**Portland, OR 97208-4450**
Number Street City State Zip Code

When was the debt incurred?    **2019**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    _____

**Student loan for daughter**

---

Debtor 1    **Thomas Anthony Carolan**

Debtor 2    **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.8 | **Alabama Department of Labor** | Last 4 digits of account number    **2223** | $225.26 |
|---|---|---|---|

Nonpriority Creditor's Name

**50 North Ripley Street**

**Montgomery, AL 36132**

When was the debt incurred?    **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.9 | **Alicia Becker** | Last 4 digits of account number    _____ | $4,623.54 |
|---|---|---|---|

Nonpriority Creditor's Name

**7281 Blackstone Drive**

**Florence, KY 41042**

When was the debt incurred?    **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.10 | **Alpine Digital Group, Inc.** | Last 4 digits of account number    _____ | $12.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**13856 W. 2nd Ave**

**Golden, CO 80401**

When was the debt incurred?    **2023**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

---

| **4.1 1** | **Alyse O. Locklear** | Last 4 digits of account number _____ | **$1,472.64** |
|---|---|---|---|

Nonpriority Creditor's Name
**1055 Flats Ave**
**#206**
**Mebane, NC 27302**
Number Street City State Zip Code

When was the debt incurred?  **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| **4.1 2** | **American Assurance** | Last 4 digits of account number _____ | **$148.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**4445 Corporation Ln., Ste 264**
**Virginia Beach, VA 23462**
Number Street City State Zip Code

When was the debt incurred?  **2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**                                          Case number (if known) _____

| 4.1 3 | **AmeriGuide Financial** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 1497**
**Topeka, KS 66601**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      $882.00

**When was the debt incurred?**    2020

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| 4.1 4 | **Angela Byrne** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**Ballycullane Lane**
**Ballcyllane New Ross Co Wexford Ireland**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      $1,378.57

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

| 4.1 5 | **Angela Gunness** | Last 4 digits of account number _____ | $500.00 |

Nonpriority Creditor's Name
**3839 Megan Lane**
**Encinitas, CA 92024**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| 4.1 6 | **Angela L. Trout** | Last 4 digits of account number _____ | $2,345.46 |

Nonpriority Creditor's Name
**3413 Cottage St**
**Brownwood, TX 76801**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**                                    Case number (if known) _____

---

| 4.1 7 | **Apollo Interactive, LLC** | **Last 4 digits of account number** _____ | $31,733.90 |

Nonpriority Creditor's Name
**139 Illinois St**
**El Segundo, CA 90245**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2023-2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 8 | **Aqua Vida Media LLC** | **Last 4 digits of account number** _____ | $110.00 |

Nonpriority Creditor's Name
**325 Sentry Pkwy**
**Bldg 5 W Ste 200**
**Blue Bell, PA 19422**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  8 of 97

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number (if known) | |

---

| 4.19 | **Aragon Advertising, LLC** | Last 4 digits of account number | | $1,513.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**66 Mineola Avenue, #1355**
**Roslyn Heights, NY 11577**

When was the debt incurred?    **2023-2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., personally guaranteed by Debtors**

---

| 4.20 | **Arizona Department of Revenue** | Last 4 digits of account number | **6708** | $21.42 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 29009**
**Phoenix, AZ 85038**

When was the debt incurred?    **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.21 | **Assurance IQ** | Last 4 digits of account number | | $2,560.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**920 5th Avenue, Ste 3600**
**Seattle, WA 98104**

When was the debt incurred?    **2023-2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1 **Thomas Anthony Carolan**
Debtor 2 **Dawn Marie Carolan**

Case number (if known) _____

| 4.2 2 | **B Two Direct, LLC** | **Last 4 digits of account number** _____ | **$3,734.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**100 Sterling Pkwy, Ste 105**
**Mechanicsburg, PA 17050**
Number Street City State Zip Code

**When was the debt incurred?**    2023-2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| 4.2 3 | **Betterlife Insurance** | **Last 4 digits of account number** _____ | **$1,080.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**6522 Grand Teton Plaza**
**Madison, WI 53719**
Number Street City State Zip Code

**When was the debt incurred?**    2023

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.2 4 | **Big Brook Media, LLC** | **Last 4 digits of account number** _____ | **$1,200.00** |

Nonpriority Creditor's Name
**Little Brook Media**
**20 S. Main Street, Suite 206**
**New City, NY 10956**

**When was the debt incurred?**  2023

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.2 5 | **Birdeye Inc.** | **Last 4 digits of account number** _____ | **$8,559.00** |

Nonpriority Creditor's Name
**2479 E. Bayshore Rd, Suite #188**
**Palo Alto, CA 94303**

**When was the debt incurred?**  2023-2024

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.2 6 | **Blue Wing Ads, LLC** | **Last 4 digits of account number** _____ | **$13,666.75** |

Nonpriority Creditor's Name
**Jeffrey Alan Libby**
**2637 E Atlantic Blvd, Suite #12566**
**Pompano Beach, FL 33062**
Number Street City State Zip Code

**When was the debt incurred?**  **2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.2 7 | **Bluevine Inc.** | **Last 4 digits of account number** _____ | **$193,841.57** |

Nonpriority Creditor's Name
**401 Warren Street, Suite 300**
**Redwood City, CA 94063**
Number Street City State Zip Code

**When was the debt incurred?**  **2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., personally guaranteed by Debtors**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.2 8 | **Brande L. Bell** | | **$3,068.17** |

Nonpriority Creditor's Name

**383 Chadwick Commons**
**Stockbridge, GA 30281**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.2 9 | **Brittany N. Stetson** | | **$1,563.14** |

Nonpriority Creditor's Name

**PO Box 280**
**White Oak, NC 28399**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.30 | **Bullet EV Charging Solutions, LLC** | Last 4 digits of account number _____ | $4,971.19 |

Nonpriority Creditor's Name
**111 Congress Ave, Suite 500**
**Austin, TX 78701**

When was the debt incurred?    **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.31 | **Business Legal Partners** | Last 4 digits of account number _____ | $2,293.86 |

Nonpriority Creditor's Name
**Attorneys at Law**
**35 N. Lake, Suite 710**
**Pasadena, CA 91101**

When was the debt incurred?    **2023**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

| 4.3 2 | **Catherin A. Myers** | Last 4 digits of account number _____ | $1,498.14 |
|---|---|---|---|

Nonpriority Creditor's Name
**157 Big Pine Dr**
**Valley Grande, AL 36701**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| 4.3 3 | **Cathie O. Snider** | Last 4 digits of account number _____ | $1,184.80 |
|---|---|---|---|

Nonpriority Creditor's Name
**8713 North Kensington Rd**
**Oklahoma City, OK 73132**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.3 4 | **Chiquita M. Jolliff** | Last 4 digits of account number _____ | $2,507.26 |

Nonpriority Creditor's Name

**943 May Street, 2nd Floor**
**Hammond, IN 46320**

Number Street City State Zip Code

When was the debt incurred?  **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.3 5 | **Christie A. Mays** | Last 4 digits of account number _____ | $2,739.18 |

Nonpriority Creditor's Name

**3 Dot Dr**
**Fayetteville, TN 37334**

Number Street City State Zip Code

When was the debt incurred?  **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.3 6 | **Christopher H. Baker** | Last 4 digits of account number _____ | $1,536.32 |

Nonpriority Creditor's Name

**5400 Rock Chalk**
**#20-308**
**Lawrence, KS 66049**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.3 7 | **Christopher Newsome** | Last 4 digits of account number _____ | $4,826.29 |

Nonpriority Creditor's Name

**11726 Rolling Stream Dr**
**Tomball, TX 77375**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**                                    Case number (if known) _____

---

| 4.3 8 | **Clarisse Sniezek** | **Last 4 digits of account number** _____ | **$1,595.35** |

Nonpriority Creditor's Name
**606 Tanana Fall Drive**
**Ruskin, FL 33570**
Number Street City State Zip Code

**When was the debt incurred?**    2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.3 9 | **Clickdee, LLC** | **Last 4 digits of account number** _____ | **$1,980.00** |

Nonpriority Creditor's Name
**30 N. Gould Street, STE R**
**Sheridan, WY 82801**
Number Street City State Zip Code

**When was the debt incurred?**    2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.4 0 | **CO2 Ventures LLC** | **Last 4 digits of account number** _____ | **$9,272.00** |

Nonpriority Creditor's Name
**OnCore Leads**
**9580 Oak Avenue Parkway, Suite 7**
**Folsom, CA 95630**

Number Street City State Zip Code

**When was the debt incurred?**  **2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.4 1 | **Commonwealth of Kentucky** | **Last 4 digits of account number** **5787** | **$44.74** |

Nonpriority Creditor's Name
**Office of Unemployment Insurance**
**P.O. Box 948**
**Frankfort, KY 40602-0948**

Number Street City State Zip Code

**When was the debt incurred?**  **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

| | | |
|---|---|---|
| **4.4 2** | **Complete Sales LLC** | |

Nonpriority Creditor's Name

**1021 Lake Hollow Dr.**
**Little Elm, TX 75068**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      **$250.00**

**When was the debt incurred?**    2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| | | |
|---|---|---|
| **4.4 3** | **Convoso, Inc.** | |

Nonpriority Creditor's Name

**22837 Ventura Blvd., Ste. 300**
**Woodland Hills, CA 91364**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  0209      **$29,147.97**

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**                                          Case number (if known) _____

---

| 4.4 4 | **Cortez D. Allen** | Last 4 digits of account number _____ | $1,690.70 |

Nonpriority Creditor's Name
**7313 Covert Ave**
**Cleveland, OH 44105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.4 5 | **CTA Media** | Last 4 digits of account number _____ | $3,615.00 |

Nonpriority Creditor's Name
**15567 74th Avenue**
**Palm Beach Gardens, FL 33418**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number *(if known)* _____

---

| 4.4 6 | **DDR Media, LLC** | **Last 4 digits of account number** _____ | **$280.00** |

Nonpriority Creditor's Name
**2213 Forest Hills Dr., Ste. 3**
**Harrisburg, PA 17112**
Number Street City State Zip Code

**When was the debt incurred?**    2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.4 7 | **Diablo Media LLC** | **Last 4 digits of account number** _____ | **$1,666.76** |

Nonpriority Creditor's Name
**3001 Brighton Blvd, Suite 769**
**Denver, CO 80216**
Number Street City State Zip Code

**When was the debt incurred?**    2023

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**                                       Case number (if known) _____

---

| 4.48 | **Dianne Kristine Marmol** | **Last 4 digits of account number** _____ | **$872.38** |

Nonpriority Creditor's Name

**Block 2 Lot 30 Phase 1, Avida
Settings Cavite, Molino 4, Bacoor
Cavite, Philippines 4102**

**When was the debt incurred?**   **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☑ Contingent

☑ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.49 | **Diego Chalarca** | **Last 4 digits of account number** _____ | **$5,725.41** |

Nonpriority Creditor's Name

**677 Trace Circle #201
Deerfield Beach, FL 33441**

**When was the debt incurred?**   **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☑ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (if known) _____

---

**4.50**

**Digital Media Solutions dba**

Nonpriority Creditor's Name

**Forte Media Solutions, LLC**
**4800 140th Ave North, Suite 101**
**Clearwater, FL 33762**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$7.00**

When was the debt incurred?    2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.51**

**Digital Viking Media, Inc.**

Nonpriority Creditor's Name

**13681 Newport Ave, Suite 8-226**
**Tustin, CA 92780**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$5,255.47**

When was the debt incurred?    2023-2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**                                    Case number (if known) _____

| 4.5 2 | **Digitree Solutions LLC** | **Last 4 digits of account number** _____ | **$3,467.19** |

Nonpriority Creditor's Name
**133 Hillside Drive**
**Neptune, NJ 07753**
Number Street City State Zip Code

**When was the debt incurred?**   2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.5 3 | **Direct2Market Digital Media Solut.** | **Last 4 digits of account number** _____ | **$970.00** |

Nonpriority Creditor's Name
**70 Cooper Rd**
**Rochester, NY 14617**
Number Street City State Zip Code

**When was the debt incurred?**   2023

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.5 4 | | | |
|---|---|---|---|

**DriveTake LLC**

Nonpriority Creditor's Name

**7000 West Palmetto Park Road
Ste. 210
Boca Raton, FL 33433**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$9,350.00**

**When was the debt incurred?**   2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.5 5 | | | |
|---|---|---|---|

**eLocal USA LLC**

Nonpriority Creditor's Name

**1010 Spring Mill Ave., Ste. 200
Conshohocken, PA 19428**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$14,226.00**

**When was the debt incurred?**   2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**                                   Case number (if known) _____

---

| 4.5 6 | **Employer Advocates Group** | **Last 4 digits of account number** _____ | **$900.00** |

Nonpriority Creditor's Name
**735 Tank Farm Road, Suite 130-B**
**San Luis Obispo, CA 93401**                    **When was the debt incurred?**   2023-2024
Number Street City State Zip Code
**Who incurred the debt?** Check one.              **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                   ■ Contingent
■ Debtor 1 and Debtor 2 only                      ■ Unliquidated
☐ At least one of the debtors and another         ☐ Disputed
■ **Check if this claim is for a  community**      **Type of NONPRIORITY unsecured claim:**
**debt**                                          ☐ Student loans
**Is the claim subject to offset?**               ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                  report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                  **Corporate debt of Digital Market Media,**
                                                  **Inc., listed out of caution to avoid any alter**
☐ Yes                                   ■ Other. Specify **ego liability**

---

| 4.5 7 | **Enginefish LLC** | **Last 4 digits of account number** _____ | **$634.00** |

Nonpriority Creditor's Name
**707 Continental Circle Unit #312**
**Mountain View, CA 94040**                       **When was the debt incurred?**   2023-2024
Number Street City State Zip Code
**Who incurred the debt?** Check one.              **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                   ■ Contingent
■ Debtor 1 and Debtor 2 only                      ☐ Unliquidated
☐ At least one of the debtors and another         ☐ Disputed
■ **Check if this claim is for a  community**      **Type of NONPRIORITY unsecured claim:**
**debt**                                          ■ Student loans
**Is the claim subject to offset?**               ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                  report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                  **Corporate debt of Digital Market Media,**
                                                  **Inc., listed out of caution to avoid any alter**
☐ Yes                                   ■ Other. Specify **ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.58 | **Eternal Life Group, LLC** | | | $225.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**520 Plantation Creek Drive**
**Loganville, GA 30052**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.59 | **Ethel Loycelle Baxter** | | | $1,724.36 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1916 Hewett Lane**
**Maitland, FL 32751**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| Debtor 1 | **Thomas Anthony Carolan** | |
|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | |
| | | Case number (if known) _____ |

---

| 4.60 | **Excel Impact, LLC** | Last 4 digits of account number _____ | **$5,781.91** |
|---|---|---|---|

Nonpriority Creditor's Name

**382 NE 191st Street, Ste 57537**
**Miami, FL 33179**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.61 | **ExlService.com, LLC** | Last 4 digits of account number _____ | **$26,316.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**24 Arnett Avenue, Suite 100**
**Lambertville, NJ 08530**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.6 2 | **Faisal Zeid** | **Last 4 digits of account number** _____ | **$2,631.55** |

Nonpriority Creditor's Name
**7930 Tireswing Rd**
**Dunn Loring, VA 22027**
Number Street City State Zip Code

**When was the debt incurred?**    2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.6 3 | **Family First Life** | **Last 4 digits of account number** _____ | **$420.00** |

Nonpriority Creditor's Name
**John Patrick Spera**
**475 FM 3427**
**Greenville, TX 75401**
Number Street City State Zip Code

**When was the debt incurred?**    2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**                                          Case number (if known) _____

---

| 4.6 4 | **Family First Life** | **Last 4 digits of account number** _____ | **$90.00** |

Nonpriority Creditor's Name
**Thomas Barnes**
**5210 W Patrick Ln**
**Las Vegas, NV 89118**
Number Street City State Zip Code

**When was the debt incurred?**    **2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.6 5 | **First Choice Physician Partners** | **Last 4 digits of account number** **4035** | **$227.18** |

Nonpriority Creditor's Name
**Attn# 19406X**
**P.O. Box 14000**
**Belfast, ME 04915-4033**
Number Street City State Zip Code

**When was the debt incurred?**    **2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical bill**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.6 6 | **First Insurance Funding** | | Last 4 digits of account number | **3054** | | $2,605.31 |

Nonpriority Creditor's Name
**450 Skokie Blvd, Ste 1000**
**Northbrook, IL 60062-7917**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.6 7 | **Fora Financial Advance LLC** | | Last 4 digits of account number | | | $269,395.14 |

Nonpriority Creditor's Name
**1385 Broadway, 15th Floor**
**New York, NY 10018**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., personally guaranteed by Debtors**

---

Debtor 1 **Thomas Anthony Carolan**
Debtor 2 **Dawn Marie Carolan**

Case number (*if known*) _____

---

| 4.6 8 | **Forge47 LLC** | **Last 4 digits of account number** _____ | **$576.00** |

Nonpriority Creditor's Name
**2833 Crockett Street, Unit #1047**
**Fort Worth, TX 76107**
Number Street City State Zip Code

**When was the debt incurred?** **2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.6 9 | **Franchise Tax Board** | **Last 4 digits of account number** **8780** | **$800.00** |

Nonpriority Creditor's Name
**Bankruptcy Section, MS: A-340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

**When was the debt incurred?** **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**
**Form 100-ES**

---

| | |
|---|---|
| Debtor 1 | **Thomas Anthony Carolan** |
| Debtor 2 | **Dawn Marie Carolan** |

Case number (if known) _____

---

**4.70**

**Fresh Funding Solutions Inc.**
Nonpriority Creditor's Name
**157 Church Street, 19th Floor**
**New Haven, CT 06510**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

$214,400.00

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Corporate debt of Digital Market Media, Inc., personally guaranteed by Debtors**

---

**4.71**

**Gabriel A. Sandoval**
Nonpriority Creditor's Name
**12140 N Kylene Canyon Dr**
**Oro Valley, AZ 85755**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

$1,427.71

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**                                                     Case number (if known) _____

---

| 4.7 2 | **Glass Roots Marketing** | **Last 4 digits of account number** _____ | **$846.00** |

Nonpriority Creditor's Name

**400 Kelby Street, Ste 1200**
**Fort Lee, NJ 07024**

Number Street City State Zip Code

**When was the debt incurred?**   2023

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.7 3 | **Glatzer & Associates** | **Last 4 digits of account number** _____ | **$315.00** |

Nonpriority Creditor's Name

**10365 Cameilla St.**
**Pompano Beach, FL 33076**

Number Street City State Zip Code

**When was the debt incurred?**   2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**                                                    Case number (if known) _____

---

| 4.74 | **Glenda S. Gustin** | Last 4 digits of account number _____ | $2,482.98 |
|---|---|---|---|

Nonpriority Creditor's Name
**13506 E. 4th Place**
**Tulsa, OK 74108-1104**
Number Street City State Zip Code

**When was the debt incurred?**   2024

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.75 | **Google, Inc.** | Last 4 digits of account number   9715 | $502.22 |
|---|---|---|---|

Nonpriority Creditor's Name
**Corporation Service Company**
**2710 Gateway Oaks Drive, Suite 150N**
**Sacramento, CA 95833**
Number Street City State Zip Code

**When was the debt incurred?**   2024

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.76 | **Grasshopper** | **Last 4 digits of account number** | 3586 | $73.32 |

Nonpriority Creditor's Name

**333 Summer Street, 5th Floor**
**Boston, MA 02210**

Number Street City State Zip Code

**When was the debt incurred?**  2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.77 | **Grasshopper** | **Last 4 digits of account number** | | $876.26 |

Nonpriority Creditor's Name

**333 Summer Street, 5th Floor**
**Boston, MA 02210**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Legends United Insurance Agency, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**                                        Case number (if known) _____

| | | |
|---|---|---|
| **4.7 8** | **Grateful Addicts Recovery** | $165.00 |

Nonpriority Creditor's Name
**12 Emmet Terrace, Apt. 3**
**Revere, MA 02151**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** **2024**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| | | |
|---|---|---|
| **4.7 9** | **Gravie** | $1.00 |

Nonpriority Creditor's Name
**10 NE 2nd St. #300**
**Minneapolis, MN 55413**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**                                    Case number (if known) _____

| | | |
|---|---|---|
| **4.80** | **Greencore Environmental** | Last 4 digits of account number _____     **$2,155.00** |

Nonpriority Creditor's Name
**John Feldman**
**1515 N. Cocoa Blvd., Unit 102**
**Cocoa, FL 32922**
Number Street City State Zip Code

When was the debt incurred?    **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| | | |
|---|---|---|
| **4.81** | **Greencore Environmental** | Last 4 digits of account number _____     **$669.77** |

Nonpriority Creditor's Name
**John Feldman**
**4540 Bonanza St.**
**Cocoa, FL 32927**
Number Street City State Zip Code

When was the debt incurred?    **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**                                     Case number (if known) _____

---

| 4.8 2 | **Guadalupe P. Conolly** | **Last 4 digits of account number** _____ | $2,925.56 |

Nonpriority Creditor's Name

**2008 1/2 Stratford Ave**
**Neptune, NJ 07753**

**When was the debt incurred?    2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.8 3 | **Health Gods Consultants LLC** | **Last 4 digits of account number** _____ | $2,295.00 |

Nonpriority Creditor's Name

**11235 NW 43rd Place**
**Coral Springs, FL 33065**

**When was the debt incurred?    2023**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**
                                                                      Case number (if known) _____

| 4.8<br>4 | **Here Comes the Sun** | Last 4 digits of account number _____ | **$3,940.00** |

Nonpriority Creditor's Name
**9880 Indiana Avenue, Suite 3**
**Riverside, CA 92503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   2024

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.8<br>5 | **Hubspot Inc.** | Last 4 digits of account number _____ | **$6,195.61** |

Nonpriority Creditor's Name
**2 Canal Park**
**Cambridge, MA 02141**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   2024

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**                                            Case number (if known) _____

| 4.8 6 | **ICIT Development Corp.** | **Last 4 digits of account number** _____ | **$15,092.00** |

Nonpriority Creditor's Name
**300 Sunny Isles Blvd 1405**
**Sunny Isles Beach, FL 33160**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.8 7 | **Ifficient Inc.** | **Last 4 digits of account number** _____ | **$1,811.55** |

Nonpriority Creditor's Name
**12081 W. Alameda Pkwy #506**
**Lakewood, CO 80228**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| Debtor 1 | **Thomas Anthony Carolan** |
|----------|---------------------------|
| Debtor 2 | **Dawn Marie Carolan** |

Case number (if known) _____

---

**4.8 8**

**Inbound Ignite, LLC**
Nonpriority Creditor's Name
**8 The Green, Suite 17013**
**Dover, DE 19901**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$560.00**

**When was the debt incurred?**   2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.8 9**

**Inbounds LLC**
Nonpriority Creditor's Name
**254 Chapman Rd, Ste 208**
**#5821**
**Newark, DE 19702**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$1,702.35**

**When was the debt incurred?**   2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**                                        Case number (if known) _____

---

| 4.9 0 | **Insurance Solutions Group** | | **Last 4 digits of account number** _____ | | **$665.00** |

Nonpriority Creditor's Name

**2037 Northside Dr. East**
**Statesboro, GA 30458**

Number Street City State Zip Code

**When was the debt incurred?**   2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.9 1 | **Interest Media, Inc.** | | **Last 4 digits of account number** _____ | | **$54,138.75** |

Nonpriority Creditor's Name

**P.O. Box 875194**
**Kansas City, MO 64187-5194**

Number Street City State Zip Code

**When was the debt incurred?**   2023-2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.9 2 | **Intuit, Inc.** | **Last 4 digits of account number** _____ | **$1.00** |

Nonpriority Creditor's Name

**2700 Coast Avenue
Mountain View, CA 94043**

Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.9 3 | **Jackqueline Stine** | **Last 4 digits of account number** _____ | **$1,506.88** |

Nonpriority Creditor's Name

**Unit 1621-1622, Soho Central Condo
Shaw Blvd, Mandaluyong City
Philippines 1552**

Number Street City State Zip Code

**When was the debt incurred?**    2024

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.9 4 | **Jana H. Norrell** | **Last 4 digits of account number** _____ | **$1,757.34** |

Nonpriority Creditor's Name

**1045 Landsdowne Manor Ln E**
**Apt. 248**
**Memphis, TN 38117**

Number Street City State Zip Code

**When was the debt incurred?**    2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.9 5 | **Jennifer Geston-Selbach** | **Last 4 digits of account number** _____ | **$2,629.68** |

Nonpriority Creditor's Name

**1423 Wisconsin Ave**
**Palm Harbor, FL 34683**

Number Street City State Zip Code

**When was the debt incurred?**    2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (*if known*) _____

| 4.9 6 | **Jennifer N. Gibbs** | **Last 4 digits of account number** _____ | **$1,959.62** |
|---|---|---|---|

Nonpriority Creditor's Name

**102 N Seaview Road**
**Wilmington, NC 28409**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.9 7 | **Jessica N. Feltner** | **Last 4 digits of account number** _____ | **$1,561.40** |
|---|---|---|---|

Nonpriority Creditor's Name

**1120 S. Timber Creek Dr.**
**Milford, OH 45150**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.98 | | | |
|------|---|---|---|

**Juan Ramos**

Nonpriority Creditor's Name

**3014 Fairfield Dr**
**Brownsville, TX 78526**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____         **$3,024.61**

**When was the debt incurred?**  **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.99 | | | |
|------|---|---|---|

**Judith Philbrook**

Nonpriority Creditor's Name

**1903 Willowbend Dr**
**Killeen, TX 76543**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____         **$2,536.35**

**When was the debt incurred?**  **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

| 4.1 00 | **Karen Kristeen G. Betita** | | Last 4 digits of account number _____ | | $357.87 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**5 F R Aquino St. N. Susan
Executive
Village, Matandang Balara
Quezon City, Philippines 1119**

When was the debt incurred?    **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 01 | **Karen Y. Dionisio** | | Last 4 digits of account number _____ | | $356.85 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**23 Goldman St.
East Fairview, Quezon City
Philippines 1100 639662270802**

When was the debt incurred?    **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**                                          Case number (if known) _____

| 4.1 02 | **Kasey Geyer** | **Last 4 digits of account number** _____ | **$201.42** |
|---|---|---|---|

Nonpriority Creditor's Name

**5350 Desoto Road, Apt. 1306**
**Sarasota, FL 34235**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 03 | **Kautiana M. Ford** | **Last 4 digits of account number** _____ | **$1,635.05** |
|---|---|---|---|

Nonpriority Creditor's Name

**3144 Artemisia Lane**
**Wesley Chapel, FL 33543**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**                              Case number (if known) _____

---

**4.1**
**04**

**Keith W. Moore**                          Last 4 digits of account number _____         **$3,560.65**
Nonpriority Creditor's Name
**602 Buckner St**                          When was the debt incurred?    **2024**
**Elsmere, KY 41018**
Number Street City State Zip Code
**Who incurred the debt?** Check one.         **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                             ■ Contingent
■ Debtor 1 and Debtor 2 only                ■ Unliquidated
☐ At least one of the debtors and another   ☐ Disputed
                                            **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**
**debt**                                     ☐ Student loans
**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                            report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                            **Corporate debt of Digital Market Media,**
                                            **Inc., listed out of caution to avoid any alter**
☐ Yes                          ■ Other. Specify  **ego liability**

---

**4.1**
**05**

**Kenneth A. Casson**                       Last 4 digits of account number _____         **$986.34**
Nonpriority Creditor's Name
**101 East 43rd Street 2**                   When was the debt incurred?    **2024**
**Taylor Mill, KY 41015**
Number Street City State Zip Code
**Who incurred the debt?** Check one.         **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                             ■ Contingent
■ Debtor 1 and Debtor 2 only                ■ Unliquidated
☐ At least one of the debtors and another   ☐ Disputed
                                            **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**
**debt**                                     ☐ Student loans
**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                            report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                            **Corporate debt of Digital Market Media,**
                                            **Inc., listed out of caution to avoid any alter**
☐ Yes                          ■ Other. Specify  **ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1 06 | | | |
|---|---|---|---|

**Kenneth Smith Insurance Services**

**Last 4 digits of account number** _____        **$810.00**

Nonpriority Creditor's Name
**44855 Corte Casa**
**Temecula, CA 92592**
Number Street City State Zip Code

**When was the debt incurred?**    2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 07 | | | |
|---|---|---|---|

**Kingdom Insurance Group**

**Last 4 digits of account number** _____        **$504.00**

Nonpriority Creditor's Name
**515 North Broad Street**
**Thomasville, GA 31792**
Number Street City State Zip Code

**When was the debt incurred?**    2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1 08 | **Lawanda Muhammad** | Last 4 digits of account number _____ | $150.00 |

Nonpriority Creditor's Name

**13637 Aspen Leaf Ln**
**Eastvale, CA 92880**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  2022

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 09 | **LeadProsper** | Last 4 digits of account number _____ | $98.00 |

Nonpriority Creditor's Name

**38 Rosscraggon Rd, Suite C**
**Asheville, NC 28803**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**                                      Case number (if known) _____

| 4.1 10 | **LexisNexis Risk Solutions FL Inc** | **Last 4 digits of account number** | **9872** | **$2,406.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**28330 Network Place**
**Chicago, IL 60673-1283**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| 4.1 11 | **Lisa M. Knapp** | **Last 4 digits of account number** | | **$1,755.84** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**8400 Northwest 25 Street**
**#100**
**Doral, FL 33198**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| Debtor 1 | **Thomas Anthony Carolan** |
|---|---|
| Debtor 2 | **Dawn Marie Carolan** |

Case number (if known) _____

---

| 4.1 12 | **Louisiana Department of Revenue** | Last 4 digits of account number | **0001** | $70.60 |

Nonpriority Creditor's Name

**P.O. Box 201**
**Baton Rouge, LA 70821-0201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 13 | **Luke Rankin** | Last 4 digits of account number | | $990.00 |

Nonpriority Creditor's Name

**11448 Highway 76 W**
**Gray Court, SC 29645**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1 14 | **Ma. Jill B. Lugtu** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**877 Don Quijote St.**
**Sampaloc, Manila**
**Philippines 1015 693778149159**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$330.00**

**When was the debt incurred?**     **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 15 | **Macy D. Lee** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2305 San Pedro Dr**
**College Station, TX 77845**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$2,229.46**

**When was the debt incurred?**     **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**                                       Case number (if known) _____

---

| 4.1 16 | **Madison P. Jones** | **Last 4 digits of account number** _____ | $16.20 |

Nonpriority Creditor's Name

**2109 West Ln**
**Jacksonville, AR 72076**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 17 | **Malachi Uysse** | **Last 4 digits of account number** _____ | $660.00 |

Nonpriority Creditor's Name

**1317 Edgewater Dr., Ste. 5711**
**Orlando, FL 32804**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2022

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1 18 | **Mansueto Ventures, LLC** | **Last 4 digits of account number** _____ | **$2,000.00** |

Nonpriority Creditor's Name

**7 World Trade Center**
**New York, NY 10007**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**
■ Other. Specify

---

| 4.1 19 | **Media Force Ltd** | **Last 4 digits of account number** _____ | **$4.25** |

Nonpriority Creditor's Name

**26 Harokmim St.**
**Holon**
**Israel 5885849**

Number Street City State Zip Code

**When was the debt incurred?**    2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**
■ Other. Specify

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known) _____

| 4.1 20 | **Medicare Complete** | Last 4 digits of account number _____ | $1,550.00 |

Nonpriority Creditor's Name
**Dalton Lawson**
**5119 NE 8th St**
**Kansas City, MO 64119**
Number Street City State Zip Code

When was the debt incurred?   2024

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 21 | **Medicare Complete** | Last 4 digits of account number _____ | $750.00 |

Nonpriority Creditor's Name
**Sean Gorman**
**5119 NE 8th St**
**Kansas City, MO 64119**
Number Street City State Zip Code

When was the debt incurred?   2023

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1 22 | **Medicare Complete** | Last 4 digits of account number _____ | $1,500.00 |

Nonpriority Creditor's Name
**Jeremy David**
**5119 NE 8th St**
**Kansas City, MO 64119**
Number Street City State Zip Code

When was the debt incurred?    **2023**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 23 | **Metrix Holdings LLC dba Equoto** | Last 4 digits of account number _____ | $5,374.00 |

Nonpriority Creditor's Name
**817 W Peachtree St, NE**
**(Ste P200)**
**Atlanta, GA 30308**
Number Street City State Zip Code

When was the debt incurred?    **2023**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1 24 | **Midnight Oil Marketing Group, Inc.** | Last 4 digits of account number _____ | $289.00 |

Nonpriority Creditor's Name
**702 Ash Street, Ste. 107**
**San Diego, CA 92101**
Number Street City State Zip Code

**When was the debt incurred?**  2022

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 25 | **Missouri Department of Labor and** | Last 4 digits of account number  3000 | $20.74 |

Nonpriority Creditor's Name
**Industrial Relations**
**P.O. Box 59**
**Jefferson City, MO 65104-0059**
Number Street City State Zip Code

**When was the debt incurred?**  2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1 26 | **Movses Manukyan** | Last 4 digits of account number _____ | $4,300.00 |

Nonpriority Creditor's Name
**5a Tumanyan St.**
**Yerevan**
**Armenia 0001**
Number Street City State Zip Code

When was the debt incurred?  **2024**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 27 | **Mutual of Omaha** | Last 4 digits of account number _____ | $71,652.00 |

Nonpriority Creditor's Name
**3300 Mutual of Omaha Plaza**
**Omaha, NE 68175**
Number Street City State Zip Code

When was the debt incurred?  **2024**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1 28 | **Natasha N. Morris** | | |

Nonpriority Creditor's Name

**1003 Cobb Road**
**Statesboro, GA 30461**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$1,114.68**

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 29 | **North Carolina Department Commerce** | | |

Nonpriority Creditor's Name

**Employment Security Division**
**P.O. Box 26504**
**Raleigh, NC 27611-6504**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    5461    **$57.53**

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1<br>30 | **Nutmeg Insurance Advisors LLC** | **Last 4 digits of account number** _____ | $1,250.00 |

Nonpriority Creditor's Name
**1 St. John St**
**North Haven, CT 06473**
Number Street City State Zip Code

**When was the debt incurred?**  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1<br>31 | **Ogden & Fricks LLP** | **Last 4 digits of account number** 1658 | $1,924.50 |

Nonpriority Creditor's Name
**656 Santa Rosa Street, Suite 2B**
**San Luis Obispo, CA 93401**
Number Street City State Zip Code

**When was the debt incurred?**  **2023-2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**                                    Case number (if known) _____

| | | |
|---|---|---|
| **4.1 32** | **Ohio Department of Job-Family Serv.** | |

Nonpriority Creditor's Name

**Office of Unemployment Insurance Op**
**P.O. Box 182404**
**Columbus, OH 43218-2404**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **4003**              **$373.80**

**When was the debt incurred?**  **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| | | |
|---|---|---|
| **4.1 33** | **Optimize to Convert Digital, LLC** | |

Nonpriority Creditor's Name

**170 Commerce Way, Suite 200**
**Portsmouth, NH 03801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  _____              **$5,818.00**

**When was the debt incurred?**  **2023-2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**                                         Case number (if known) _____

| 4.1<br>34 | **Options Agency** | **Last 4 digits of account number** _____ | $1,000.00 |

Nonpriority Creditor's Name
**802 Kingsgate Dr**
**Corona, CA 92882**
Number Street City State Zip Code

**When was the debt incurred?**  2021

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| 4.1<br>35 | **Paylocity** | **Last 4 digits of account number** 5703 | $1,392.62 |

Nonpriority Creditor's Name
**1400 American Lane**
**Schaumburg, IL 60173**
Number Street City State Zip Code

**When was the debt incurred?**  2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1  **Thomas Anthony Carolan**

Debtor 2  **Dawn Marie Carolan**

Case number (*if known*) _____

---

| 4.1 36 | **Peak Advertising, LLC** | | $2,800.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**1200 Pierce Rd**
**Madison, TN 37115**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 37 | **PolicyScout, LLC** | | $22,849.40 |
|---|---|---|---|

Nonpriority Creditor's Name

**10808 South River Front Parkway**
**Ste. 500**
**South Jordan, UT 84095**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**  2023-2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

| | | |
|---|---|---|
| **4.1 38** | **PX, Inc.** | |

Nonpriority Creditor's Name

**44 Wall Street - Suite 605**
**New York, NY 10005**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$9,719.60**

**When was the debt incurred?**  2023-2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| | | |
|---|---|---|
| **4.1 39** | **QuinStreet Inc.** | |

Nonpriority Creditor's Name

**P.O. Box 8398**
**Pasadena, CA 91109-8398**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$300.00**

**When was the debt incurred?**  2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1 40 | **Quote Storm Holdings, LLC** | | | |

Nonpriority Creditor's Name

**P.O. Box 558834**
**Miami, FL 33255**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          $240.00

**When was the debt incurred?**    2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 41 | **Quotehound Inc.** | | | |

Nonpriority Creditor's Name

**1101 Central Expy S Ste 250**
**Allen, TX 75013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          $134.50

**When was the debt incurred?**    2022

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1 42 | | | |
|---|---|---|---|

**QuoteWizard by LendingTree LLC**                  Last 4 digits of account number   **6554**                              **$1,659.41**

Nonpriority Creditor's Name
**P.O. Box 840470**                                When was the debt incurred?   **2023**
**Dallas, TX 75284-0470**

Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                    ■ Contingent

☐ Debtor 2 only                                    ■ Unliquidated

■ Debtor 1 and Debtor 2 only                       ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community**       ☐ Student loans
**debt**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                   **Corporate debt of Digital Market Media,**
                                                   **Inc., listed out of caution to avoid any alter**
☐ Yes                                  ■ Other. Specify  **ego liability**

---

| 4.1 43 | | | |
|---|---|---|---|

**Rachel S. Trout**                                Last 4 digits of account number   _____                        **$2,982.24**

Nonpriority Creditor's Name
**11726 Rolling Stream Dr**                         When was the debt incurred?   **2024**
**Tomball, TX 77375**

Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                    ■ Contingent

☐ Debtor 2 only                                    ■ Unliquidated

■ Debtor 1 and Debtor 2 only                       ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community**       ☐ Student loans
**debt**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                   **Corporate debt of Digital Market Media,**
                                                   **Inc., listed out of caution to avoid any alter**
☐ Yes                                  ■ Other. Specify  **ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1 44 | **Ranjit K. Pandey** | | Last 4 digits of account number _____ | $1,868.45 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1202 Parkway Dr**
**#1202**
**Greenville, OH 45331**
Number Street City State Zip Code

When was the debt incurred?   **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 45 | **Raquel Otero Morales** | | Last 4 digits of account number _____ | $3,336.97 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**135 Honey Dr**
**Brownsville, TX 78520**
Number Street City State Zip Code

When was the debt incurred?   **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**                                                     Case number (if known) _____

| | | |
|---|---|---|

**4.1 46**

**Regina L. Rodriguez**
Nonpriority Creditor's Name

**707 Racquet Ct**
**Harker Heights, TX 76548**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____              **$1,874.70**

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**
☐ Other. Specify

---

**4.1 47**

**Retreaver**
Nonpriority Creditor's Name

**36 Cattano Avenue, 5th Floor**
**Morristown, NJ 07960**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____              **$78.69**

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**
■ Other. Specify

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1 48 | **Reynold P. Marshall** | | $1,582.30 |

Nonpriority Creditor's Name

**7917 Spring Run Dr**
**Magnolia, TX 77354**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 49 | **Right Choice Community Commitment** | | $1,170.00 |

Nonpriority Creditor's Name

**919A Atlantic Ave**
**Atlantic City, NJ 08401**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**

Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

| 4.1 50 | **Right Choice Community Commitment** | | **$900.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**919A Atlantic Ave**

**Atlantic City, NJ 08401**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**  2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 51 | **Robert E. Barnett** | | **$1,907.38** |
|---|---|---|---|

Nonpriority Creditor's Name

**8921 Bradwell Place**

**#208**

**Fishers, IN 46037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1 52 | **Salt Media Group** | **Last 4 digits of account number** _____ | | **$3,704.55** |

Nonpriority Creditor's Name

**8751 Sandy Parkway**
**Sandy, UT 84070**

Number Street City State Zip Code

**When was the debt incurred?**   **2023-2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 53 | **Sam Alvarado** | **Last 4 digits of account number** _____ | | **$540.00** |

Nonpriority Creditor's Name

**22845 AVE 22**
**Madera, CA 93638**

Number Street City State Zip Code

**When was the debt incurred?**   **2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1 54 | **SBA Disaster Covid-19 Economic Inj** | | |

Nonpriority Creditor's Name
**CESC-Covid EIDL Service Center**
**14925 Kingsport Rd**
**Fort Worth, TX 76155**
Number Street City State Zip Code

Last 4 digits of account number  **7804**

$601,867.96

When was the debt incurred?  **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., personally guaranteed by Debtors**

---

| 4.1 55 | **Sean Nguyen** | | |

Nonpriority Creditor's Name
**1297 Flickinger Ave**
**San Jose, CA 95131**
Number Street City State Zip Code

Last 4 digits of account number

$1,500.00

When was the debt incurred?  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**                                        Case number (if known) _____

---

| 4.1 56 | **Senior Health LLC** | **Last 4 digits of account number** _____ | **$500.00** |

Nonpriority Creditor's Name
**7801 Pine Ridge Road**
**Louisville, KY 40241**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2021

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 57 | **Senior Life Insurance** | **Last 4 digits of account number** _____ | **$855.00** |

Nonpriority Creditor's Name
**Scott Maxwell**
**2619 S. Keene**
**Mesa, AZ 85209**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1 58 | **Shanita B. Reed** | **Last 4 digits of account number** _____ | **$1,251.62** |

Nonpriority Creditor's Name

**18965 S Mobile St**
**Citronelle, AL 36522**

**When was the debt incurred?** **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 59 | **Sharee Gavin** | **Last 4 digits of account number** _____ | **$2,795.70** |

Nonpriority Creditor's Name

**6109 W Fordham Place**
**Cincinnati, OH 45213**

**When was the debt incurred?** **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number *(if known)* _____

---

**4.1 60**

**Sharon V. Lezama**
Nonpriority Creditor's Name
**1744 Wesminster Circle**
**Griffin, GA 30223**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $1,933.85

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.1 61**

**Shawta Barnes**
Nonpriority Creditor's Name
**711 W Sanford St, Unit B**
**Arlington, TX 76012**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $1,297.26

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.1 62**

**Sierra Vista Regional Medical Ctr.**
Nonpriority Creditor's Name
**FILE # 57445**
**Los Angeles, CA 90074-7445**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    5810    $2,673.27

**When was the debt incurred?**    2022

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical bill**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**                                                Case number (if known) _____

---

| 4.1 63 | | |
|---|---|---|

**Spektra Financial**                          Last 4 digits of account number _____                $3,600.00
Nonpriority Creditor's Name
**Sam Nemovi**                                 When was the debt incurred?    **2023**
**3131 Camino Del Rio N**
**San Diego, CA 92108**
Number Street City State Zip Code              As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                ■ Contingent

☐ Debtor 2 only                                ■ Unliquidated

■ Debtor 1 and Debtor 2 only                   ☐ Disputed

☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community**   ☐ Student loans
**debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

                                               **Corporate debt of Digital Market Media,**
                                               **Inc., listed out of caution to avoid any alter**
☐ Yes                                          ■ Other. Specify **ego liability**

---

| 4.1 64 | | |
|---|---|---|

**Stacy L. Green**                             Last 4 digits of account number _____                $821.40
Nonpriority Creditor's Name
**805 Summit Park Trail #1**                    When was the debt incurred?    **2024**
**McDonough, GA 30253**
Number Street City State Zip Code              As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                ■ Contingent

☐ Debtor 2 only                                ■ Unliquidated

■ Debtor 1 and Debtor 2 only                   ☐ Disputed

☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community**   ☐ Student loans
**debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

                                               **Corporate debt of Digital Market Media,**
                                               **Inc., listed out of caution to avoid any alter**
☐ Yes                                          ■ Other. Specify **ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**                                    Case number (if known) _____

| 4.1 65 | **State HQ** | **Last 4 digits of account number** _____ | **$50.00** |

Nonpriority Creditor's Name
**152 North 480 East
PO Box 113
Millville, UT 84326**
Number Street City State Zip Code

**When was the debt incurred?**   2022

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 66 | **Stephen Evans** | **Last 4 digits of account number** _____ | **$261.12** |

Nonpriority Creditor's Name
**1288 Bluets Rd
Newport, TN 37821**
Number Street City State Zip Code

**When was the debt incurred?**   2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1 67 | |
|---|---|

**Steve Rush**
Nonpriority Creditor's Name
**PO Box 149**
**Eureka Springs, AR 72632**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$1,200.00**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 68 | |
|---|---|

**Stonehedge Media**
Nonpriority Creditor's Name
**88 Industrial Ct.**
**Freehold, NJ 07728**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$3,425.00**

**When was the debt incurred?**  **2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| Debtor 1 | **Thomas Anthony Carolan** | |
|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | |
| | | Case number *(if known)* _____ |

---

| 4.1 69 | **Suited Connector, LLC** | **Last 4 digits of account number** _____ | **$13,898.53** |

Nonpriority Creditor's Name
**P.O. Box 844017**
**Dallas, TX 75284-4017**
Number Street City State Zip Code

**When was the debt incurred?**  2023-2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 70 | **Sunshine Residuals LLC** | **Last 4 digits of account number** _____ | **$1,035.00** |

Nonpriority Creditor's Name
**Senior Health Desk**
**777 SE 2nd St, Unit C315**
**Deerfield Beach, FL 33441**
Number Street City State Zip Code

**When was the debt incurred?**  2023

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1 **Thomas Anthony Carolan**
Debtor 2 **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1 71 | **Tennessee Dept. of Labor-Workforce** | | |

Nonpriority Creditor's Name

**Employment Security Division
220 French Landing Drive
Nashville, TN 37243**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    9873

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

$47.26

---

| 4.1 72 | **The Hanover Insurance Group** | | |

Nonpriority Creditor's Name

**440 Lincoln Streetn
Worcester, MA 01653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    1000

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

$636.50

---

Official Form 106 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 84 of 97

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1 73 | **The Palmer Agency** | | |

Nonpriority Creditor's Name

**PO Box 9276**
**Rochester, MN 55903**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____              **$855.00**

**When was the debt incurred?**    2022

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 74 | **Thriti Technologies LLC** | | |

Nonpriority Creditor's Name

**2411 Aiken Drive**
**Richmond, VA 23294**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____            **$9,710.00**

**When was the debt incurred?**    2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1 75 | **Tiburon Media Group, LLC** | **Last 4 digits of account number** _____ | $825.60 |
|---|---|---|---|

Nonpriority Creditor's Name

**39 Main Street**
**Belvedere Tiburon, CA 94920**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 76 | **Tina L. Harvey** | **Last 4 digits of account number** _____ | $1,178.45 |
|---|---|---|---|

Nonpriority Creditor's Name

**6617 NE 49th Terrace**
**Kansas City, MO 64119**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**                                        Case number (if known) _____

| 4.1 77 | **Travis Flatt** | **Last 4 digits of account number** _____ | **$770.00** |

Nonpriority Creditor's Name
**3201 Wind Call Ln.**
**Edmond, OK 73034**
Number Street City State Zip Code

**When was the debt incurred?**  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

■ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 78 | **Triumph Communications, LLC** | **Last 4 digits of account number** _____ | **$2,049.00** |

Nonpriority Creditor's Name
**Susan Anderson**
**20 Collins Rd.**
**Greeneville, TN 37745**
Number Street City State Zip Code

**When was the debt incurred?**  **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

■ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**                                      Case number (if known) _____

---

| 4.1 79 | **United Lead Center LLC** | Last 4 digits of account number _____ | $1,200.00 |

Nonpriority Creditor's Name
**2145 Davie Blvd, St 201**
**Fort Lauderdale, FL 33312**                 **When was the debt incurred?**    **2023**
Number Street City State Zip Code
**Who incurred the debt?** Check one.                **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                ■ Contingent
■ Debtor 1 and Debtor 2 only                   ■ Unliquidated
☐ At least one of the debtors and another      ☐ Disputed
                                               **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**    ☐ Student loans
**debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

                                               **Corporate debt of Digital Market Media,**
☐ Yes                                          **Inc., listed out of caution to avoid any alter**
                                     ■ Other. Specify **ego liability**

---

| 4.1 80 | **Uprise Solar** | Last 4 digits of account number _____ | $3,600.00 |

Nonpriority Creditor's Name
**1140 3rd St NE**
**Washington, DC 20002**                       **When was the debt incurred?**    **2024**
Number Street City State Zip Code
**Who incurred the debt?** Check one.                **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                ■ Contingent
■ Debtor 1 and Debtor 2 only                   ■ Unliquidated
☐ At least one of the debtors and another      ☐ Disputed
                                               **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**    ■ Student loans
**debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

                                               **Corporate debt of Digital Market Media,**
☐ Yes                                          **Inc., listed out of caution to avoid any alter**
                                     ■ Other. Specify **ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known) _____

---

**4.1 81**

**Vanessa L. Vaughn**
Nonpriority Creditor's Name

**12073 Roddy Rd**
**#15**
**Gonzales, LA 70737**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____         $2,524.62

When was the debt incurred?   **2024**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.1 82**

**VIP Response**
Nonpriority Creditor's Name

**Parijsboulevard 143C**
**3541CS Utrecht**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____         $229.95

When was the debt incurred?   **2023**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1 **Thomas Anthony Carolan**
Debtor 2 **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1 83 | **Virginia L. Smith** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**19805 Green Forrest Dr.**
**Pass Christian, MS 39571**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$2,425.90

When was the debt incurred? **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 84 | **Wells Fargo Bank, N.A. (114)** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 6995**
**Portland, OR 97228-6995**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **2027**

$5,590.29

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 85 | **Wells Fargo Card Services** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 10347**
**Des Moines, IA 50306-0347**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **7409**

$19,451.73

When was the debt incurred? **2023**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Credit card purchases**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1 86 | **Wells Fargo SBL** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number  **5364** | **$22,701.55** |

**P.O. Box 29482**
**Phoenix, AZ 85038-8650**
Number Street City State Zip Code

**When was the debt incurred?**    **2023**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Contingent

■ Unliquidated

☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 87 | **Wells Fargo SBL** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number  **3337** | **$1,780.68** |

**P.O. Box 29482**
**Phoenix, AZ 85038-8650**
Number Street City State Zip Code

**When was the debt incurred?**    **2023**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Contingent

■ Unliquidated

☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known) _____

| 4.1 88 | **Wells Fargo SBL** | Last 4 digits of account number | 2649 | $51,795.54 |

Nonpriority Creditor's Name
**P.O. Box 29482**
**Phoenix, AZ 85038-8650**
Number Street City State Zip Code

**When was the debt incurred?**    2023-2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| 4.1 89 | **Wells Fargo SBL** | Last 4 digits of account number | 0793 | $1,572.66 |

Nonpriority Creditor's Name
**P.O. Box 29482**
**Phoenix, AZ 85038-8650**
Number Street City State Zip Code

**When was the debt incurred?**    2022

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Legends United Insurance Agency, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known) _____

---

| 4.1 90 | **Wells Fargo SBL** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 29482**
**Phoenix, AZ 85038-8650**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  4899        $12,521.55

**When was the debt incurred?**  2022

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Corporate debt of Legends United Insurance Agency, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 91 | **William West** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**7793 Waggoner Chase Blvd**
**Blacklick, OH 43004**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  _____        $45.00

**When was the debt incurred?**  2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known) _____

| | | |
|---|---|---|
| **4.1 92** | **Wolffs Financial** | **$595.00** |

Nonpriority Creditor's Name

**9593 Town Parc Circle S**
**Parkland, FL 33076**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| | | |
|---|---|---|
| **4.1 93** | **Yanecy Perdomo** | **$1,761.15** |

Nonpriority Creditor's Name

**5819 Palmetto Way**
**San Antonio, TX 78253**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**                                                    Case number (*if known*)

| 4.1 94 | **ZoomInfo Technologies LLC** | Last 4 digits of account number | **2623** | **$18,000.00** |

Nonpriority Creditor's Name
**805 Broadway Street, Suite 900**
**Vancouver, WA 98660**                    When was the debt incurred?    **2024**
Number Street City State Zip Code
Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                    ■ Contingent
☐ Debtor 2 only                    ■ Unliquidated
■ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another                    Type of NONPRIORITY unsecured claim:
■ **Check if this claim is for a  community**                    ☐ Student loans
**debt**                    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                         report as priority claims
■ No                    ☐ Debts to pension or profit-sharing plans, and other similar debts

                    **Corporate debt of Digital Market Media,**
                    **Inc., listed out of caution to avoid any alter**
☐ Yes                    ■ Other. Specify    **ego liability**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**Altus Receivables Management**        Line **4.40** of (*Check one*):
**2121 Airline Drive, Suite 520**             ☐ Part 1: Creditors with Priority Unsecured Claims
**Metairie, LA 70001**                  ■ Part 2: Creditors with Nonpriority Unsecured Claims

                    Last 4 digits of account number        **2159**

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**CMI Credit Mediators, Inc.**          Line **4.142** of (*Check one*):
**P.O. Box 456**                      ☐ Part 1: Creditors with Priority Unsecured Claims
**Upper Darby, PA 19082-0456**            ■ Part 2: Creditors with Nonpriority Unsecured Claims

                    Last 4 digits of account number        **3052**

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**Department of Commerce**              Line **4.159** of (*Check one*):
**Bureau of Wage & Hour Admin.**          ☐ Part 1: Creditors with Priority Unsecured Claims
**P.O. Box 4009**                     ■ Part 2: Creditors with Nonpriority Unsecured Claims
**Reynoldsburg, OH 43068-9009**

                    Last 4 digits of account number        **6103**

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**Dickie, McCamey & Chilcote, P.C.**       Line **4.55** of (*Check one*):
**Two PPG Place, Suite 400**              ☐ Part 1: Creditors with Priority Unsecured Claims
**Pittsburgh, PA 15222**                ■ Part 2: Creditors with Nonpriority Unsecured Claims

                    Last 4 digits of account number

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**Euler Hermes Collections North**         Line **4.17** of (*Check one*):
**America Company**                    ☐ Part 1: Creditors with Priority Unsecured Claims
**100 International Drive, 22nd Floor**       ■ Part 2: Creditors with Nonpriority Unsecured Claims
**Baltimore, MD 21202**

                    Last 4 digits of account number        **0246**

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**Gregory N. Filosa**                  Line **4.4** of (*Check one*):
**Filosa Graff LLP**                   ☐ Part 1: Creditors with Priority Unsecured Claims
**17 State Street, 40th Floor**            ■ Part 2: Creditors with Nonpriority Unsecured Claims
**New York, NY 10004**

                    Last 4 digits of account number

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number *(if known)* _____

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Law Offices of Carol Hamilton**<br>**Continental Commercial Group**<br>**1111 N. Brand Blvd, Ste 401**<br>**Glendale, CA 91202** | Line **4.51** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **2920** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **N.C. Department of Labor**<br>**1101 Mail Service Center**<br>**Raleigh, NC 27699** | Line **4.29** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **9235** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Oklahoma Department of Labor**<br>**409 NE 28th Street, 3rd Floor**<br>**Oklahoma City, OK 73105-5212** | Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **5CKG** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Qualifier**<br>**6501 Congress Avenue, Unit 140**<br>**Boca Raton, FL 33487** | Line **4.70** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Richard T. Avis, Attorney &**<br>**Associates, LLC**<br>**P.O. Box 735633**<br>**Chicago, IL 60673-5633** | Line **4.60** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **1869** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **The Leviton Law Firm, Ltd.**<br>**One Pierce Place, Suite 725W**<br>**Itasca, IL 60143** | Line **4.40** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **2159** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Tim Waggoner, Esq.**<br>**Mutual of Omaha**<br>**3300 Mutual of Omaha Plaza**<br>**Omaha, NE 68175** | Line **4.127** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Triumph Communications, LLC**<br>**180 Pauline Drive**<br>**Hazel Green, AL 35750** | Line **4.178** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Tucker Albin & Associates**<br>**1702 N. Collins Blvd, Suite 100**<br>**Richardson, TX 75080** | Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **2750** |

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $        0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $        0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ _____ |

Debtor 1    **Thomas Anthony Carolan**

Debtor 2    **Dawn Marie Carolan**

Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | **0.00** |
| | | | | | **0.00** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | **0.00** |

| | | | | | **Total Claim** |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | **5,719.64** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | **2,059,842.24** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **2,065,561.88** |

Official Form 106 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    **Page 97 of 97**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Thomas Anthony Carolan** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Dawn Marie Carolan** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1    **Vindium Real Estate**<br>**2855 Telegraph Ave., Ste 310**<br>**Berkeley, CA 94705** | **Joint Debtor is guarantor on daughter's apartment lease.**<br>**Lease ends on May 31, 2024, $1,931 per month.** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Thomas Anthony Carolan** |
| | First Name                          Middle Name                          Last Name |
| Debtor 2 | **Dawn Marie Carolan** |
| (Spouse if, filing) | First Name                          Middle Name                          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                        12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

        In which community state or territory did you live? <u>**California**</u>. Fill in the name and current address of that person.

        **Tom and Dawn Carolan**
        **604 Hillside Court**
        **Arroyo Grande, CA 93420**
        Name of your spouse, former spouse, or legal equivalent
        Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.1   **Digital Market Media, Inc.** <br> **P.O. Box 1216** <br> **Arroyo Grande, CA 93421** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.27__ <br> ☐ Schedule G _____ <br> **Bluevine Inc.** |
| 3.2   **Digital Market Media, Inc.** <br> **P.O. Box 1216** <br> **Arroyo Grande, CA 93421** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.67__ <br> ☐ Schedule G _____ <br> **Fora Financial Advance LLC** |

| Debtor 1 | **Thomas Anthony Carolan** | Case number *(if known)* | |
| | **Dawn Marie Carolan** | | |

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.3 | **Digital Market Media, Inc.**<br>**P.O. Box 1216**<br>**Arroyo Grande, CA 93421** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.70__<br>☐ Schedule G _____<br>**Fresh Funding Solutions Inc.** |
| 3.4 | **Digital Market Media, Inc.**<br>**P.O. Box 1216**<br>**Arroyo Grande, CA 93421** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.154__<br>☐ Schedule G _____<br>**SBA Disaster Covid-19 Economic Inj** |
| 3.5 | **Digital Market Media, Inc.**<br>**P.O. Box 1216**<br>**Arroyo Grande, CA 93421** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.19__<br>☐ Schedule G _____<br>**Aragon Advertising, LLC** |
| 3.6 | **Digital Market Media, Inc.**<br>**P.O. Box 1216**<br>**Arroyo Grande, CA 93421** | ■ Schedule D, line __2.1__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Fresno First Bank** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Thomas Anthony Carolan** |
| Debtor 2<br>(Spouse, if filing) | **Dawn Marie Carolan** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number<br>(If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| **Occupation** | Licensed Insurance Agent | |
| **Employer's name** | Self-employed | |
| **Employer's address** | | |
| **How long employed there?** | 1 month | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $            0.00 | $            0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$            0.00 | +$            0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $            0.00 | $            0.00 |

Debtor 1 **Thomas Anthony Carolan**

Debtor 2 **Dawn Marie Carolan**

Case number (*if known*) _____

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **Copy line 4 here** ............................................................. 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. 6. | $ 0.00 | $ 0.00 |

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. 8a. | $ 5,000.00 | $ 0.00 |

8b. **Interest and dividends** 8b. | $ 0.00 | $ 0.00 |

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. 8c. | $ 0.00 | $ 0.00 |

8d. **Unemployment compensation** 8d. | $ 0.00 | $ 1,753.65 |

8e. **Social Security** 8e. | $ 0.00 | $ 0.00 |

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____ 8f. | $ 0.00 | $ 0.00 |

8g. **Pension or retirement income** 8g. | $ 0.00 | $ 0.00 |

8h. **Other monthly income.** Specify: **Commission-Elevance and Blue Shield** 8h.+ | $ 0.00 + | $ 289.33 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. 9. | $ 5,000.00 | $ 2,042.98 |

10. **Calculate monthly income.** Add line 7 + line 9. 10. | $ 5,000.00 + | $ 2,042.98 = | $ 7,042.98 |
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____ 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies 12. | $ 7,042.98 |

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Thomas Anthony Carolan** |
| Debtor 2 (Spouse, if filing) | **Dawn Marie Carolan** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

**Official Form 106J**

# Schedule J: Your Expenses                                                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   　　■ No

   　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**     ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No
   ■ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
|---|---|

| | | |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 4,805.47 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 86.25 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number (if known) | |

6. **Utilities:**
  6a.  Electricity, heat, natural gas — 6a. $ **210.00**
  6b.  Water, sewer, garbage collection — 6b. $ **191.00**
  6c.  Telephone, cell phone, Internet, satellite, and cable services — 6c. $ **365.00**
  6d.  Other. Specify: — 6d. $ **0.00**
7. **Food and housekeeping supplies** — 7. $ **1,600.00**
8. **Childcare and children's education costs** — 8. $ **0.00**
9. **Clothing, laundry, and dry cleaning** — 9. $ **400.00**
10. **Personal care products and services** — 10. $ **310.00**
11. **Medical and dental expenses** — 11. $ **700.00**
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ **460.00**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **0.00**
14. **Charitable contributions and religious donations** — 14. $ **15.00**
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
  15a.  Life insurance — 15a. $ **120.93**
  15b.  Health insurance — 15b. $ **1,507.43**
  15c.  Vehicle insurance — 15c. $ **340.00**
  15d.  Other insurance. Specify: **Dental and Vision Insurance** — 15d. $ **242.71**
    **Supplemental Hospital Plan** — $ **391.39**
    **Supplemental Accident Plan** — $ **82.86**
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ **0.00**
17. **Installment or lease payments:**
  17a.  Car payments for Vehicle 1 — 17a. $ **923.45**
  17b.  Car payments for Vehicle 2 — 17b. $ **0.00**
  17c.  Other. Specify: — 17c. $ **0.00**
  17d.  Other. Specify: — 17d. $ **0.00**
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $ **0.00**
19. **Other payments you make to support others who do not live with you.** Specify: **Paying a portion of daughter's rent** — 19. $ **700.00**
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
  20a.  Mortgages on other property — 20a. $ **0.00**
  20b.  Real estate taxes — 20b. $ **0.00**
  20c.  Property, homeowner's, or renter's insurance — 20c. $ **0.00**
  20d.  Maintenance, repair, and upkeep expenses — 20d. $ **0.00**
  20e.  Homeowner's association or condominium dues — 20e. $ **0.00**
21. **Other:** Specify: **Housecleaning** — 21. +$ **238.00**
  **Landscaping** — +$ **150.00**

22. **Calculate your monthly expenses**
  22a. Add lines 4 through 21. — $ **13,839.49**
  22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
  22c. Add line 22a and 22b. The result is your monthly expenses. — $ **13,839.49**

23. **Calculate your monthly net income**
  23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ **7,042.98**
  23b. Copy your monthly expenses from line 22c above. — 23b. -$ **13,839.49**
  23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. — 23c. $ **-6,796.51**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
  ■ No.
  ☐ Yes.  Explain here:

Fill in this information to identify your case:

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dawn Marie Carolan** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,
*Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _Thomas Anthony Carolan_
Signature of Debtor 1

Date 5/24/24

X _Dawn Marie Carolan_
Signature of Debtor 2

Date 5/24/24

Official Form 106Dec    Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Thomas Anthony Carolan** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Dawn Marie Carolan** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☐ No
    ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $2,204.12 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    **Thomas Anthony Carolan**

Debtor 2    **Dawn Marie Carolan**    Case number *(if known)* _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| | ■ Wages, commissions, bonuses, tips | $37,500.06 | ■ Wages, commissions, bonuses, tips | $50,884.89 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year:**<br>**(January 1 to December 31, 2023 )** | ■ Wages, commissions, bonuses, tips | $145,865.61 | ■ Wages, commissions, bonuses, tips | $169,379.53 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2022 )** | ■ Wages, commissions, bonuses, tips | $200,000.32 | ■ Wages, commissions, bonuses, tips | $229,830.69 |
| | ☐ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | $0.00 | Unemployment | $2,430.00 |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No.    Go to line 7.

■ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Loan Depot** P.O. Box 251612 Plano, TX 75025 | **Various in the last 90 days** | **$14,218.41** | **$410,620.18** | ■ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other___ |
| **Wells Fargo Card Services** P.O. Box 51193 Los Angeles, CA 90051-5493 | **Various in the last 90 days** | **$13,400.00** | **$19,451.73** | ☐ Mortgage ☐ Car ■ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other___ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ■ No
    ☐ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

| Debtor 1 | **Thomas Anthony Carolan** | |
|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number *(if known)* |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

---

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Law Offices of Edwin J. Rambuski<br>1401 Higuera Street<br>San Luis Obispo, CA 93401-2915<br>edwin@rambuskilaw.com<br>Digital Market Media, Inc.** | **Attorney Fees - $5,500<br>Filing Fee - $338** | **3/14/24** | **$5,838.00** |

| Debtor 1 | **Thomas Anthony Carolan** |
|---|---|
| Debtor 2 | **Dawn Marie Carolan** |

Case number *(if known)*

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

| Debtor 1 | **Thomas Anthony Carolan** | |
|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number *(if known)* |

---

**Part 9:**    Identify Property You Hold or Control for Someone Else

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name Address *(Number, Street, City, State and ZIP Code)* | Where is the property? *(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|

---

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site Address *(Number, Street, City, State and ZIP Code)* | Governmental unit Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.  **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site Address *(Number, Street, City, State and ZIP Code)* | Governmental unit Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title Case Number | Court or agency Name Address *(Number, Street, City, State and ZIP Code)* | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:**    Give Details About Your Business or Connections to Any Business

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

---

| Debtor 1 | **Thomas Anthony Carolan** | |
|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number (*if known*) |

☐ **No. None of the above applies. Go to Part 12.**

☑ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Digital Market Media, Inc.**<br>**P.O. Box 1216**<br>**Arroyo Grande, CA 93421** | **Marketing**<br><br>**5 Cities CPAs, Inc.** | EIN:    **82-2936708**<br><br>From-To    **9/22/17 - present** |
| **Legends United Insurance Agency Inc**<br>**P.O. Box 1216**<br>**Arroyo Grande, CA 93421** | **Insurance agency**<br><br>**5 Cities CPAs, Inc.** | EIN:    **85-1588523**<br><br>From-To    **6/24/20 - present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**

☑ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Fresno First Bank**<br>**7690 N. Palm Avenue**<br>**Fresno, CA 93711** | **7/31/23** |
| **Bluevine, Inc.**<br>**401 Wallen Street, Ste. 300**<br>**Redwood City, CA 94063** | **8/1/23** |
| **Fora Financial**<br>**1385 Broadway**<br>**New York, NY 10018** | **12/15/23** |
| **Libertas Funding**<br>**411 West Putram Ave.**<br>**Greenwich, CT 06830** | **7/13/22, 7/14/22, 1/24/24, 1/25/24** |
| **Captain Capital Group**<br>**1975 E. 8th St.**<br>**Brooklyn, NY 11223** | **1/25/24** |
| **Blue Edge Ventures**<br>**88 Pine St.**<br>**New York, NY 10005** | **1/23/24** |
| **Qualifier LLC**<br>**6501 Congress Avenue, Unit 140**<br>**Boca Raton, FL 33487** | **2/6/24** |
| **OnDeck Capital, LLC**<br>**Loan Operations Center**<br>**901 North Stuart Street, Ste. 700**<br>**Arlington, VA 22203** | **4/25/23** |
| **Lowry & Associates Inc.**<br>**967 Pioneer Rd.**<br>**Draper, UT 84020** | **3/14/24** |

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**                                          Case number (*if known*) _____

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **SBG Funding**<br>**400 E. 57th St.**<br>**New York, NY 10022** | **4/25/23** |
| **Kapitus**<br>**2500 Wilson Blvd., Ste. 350**<br>**Arlington, VA 22201** | **4/26/23** |
| **FoxRothschild LLP**<br>**1225 17th St., Ste. 2200**<br>**Denver, CO 80202** | **8/1/23** |
| **The Fundworks, LLC (for**<br>**FreshFunding)**<br>**299 S. Main St., Ste. 1300**<br>**PMB 93894**<br>**Salt Lake City, UT 84111** | **2/7/24** |
| **Fresh Funding Solutions, Inc.**<br>**157 Church St, 19th Fl.**<br>**New Haven, CT 06510** | **2/7/24** |
| **Blue Group Capital**<br>**4800 N. Federal Highway**<br>**Boca Raton, FL 33431** | **1/18/24** |
| **Polaris Business Strategic**<br>**Advisors Inc.**<br>**22 W. 38th St., 3rd Floor**<br>**New York, NY 10038** | **2/24** |
| **Dubbs Holdings**<br>**3611 14th Ave.**<br>**Brooklyn, NY 11218** | **2/1/24** |
| **MyMax Capital**<br>**463 Bedford Ave.**<br>**Brooklyn, NY 11211** | **2/1/24** |
| **Funding Circle**<br>**707 17th Street, Ste. 2200**<br>**Denver, CO 80202** | **1/17/24** |
| **Big Think Capital**<br>**225 Broadhollow Rd.**<br>**Melville, NY 11747** | **12/26/23** |
| **Fundera by NerdWallet**<br>**123 Williams St., Floor 21**<br>**New York, NY 10038** | **12/19/23** |
| **Businessloans.com**<br>**164 Market St., Ste. 307**<br>**Charleston, SC 29401-6948** | **4/25/23** |
| **Yarrow Financial**<br>**150 E. Palmetto Park Rd., Ste. 800**<br>**Boca Raton, FL 33432** | **4/25/23** |
| **Rok Financial**<br>**3500 Sunrise Hwy**<br>**Bldg. 100, Ste. 201**<br>**Great River, NY 11739** | **7/13/22, 7/14/22, 1/24/24, 1/25/24** |

Debtor 1   **Thomas Anthony Carolan**

Debtor 2   **Dawn Marie Carolan**

Case number (*if known*) _____

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____
**Thomas Anthony Carolan**
Signature of Debtor 1

Date   5/24/24

_____
**Dawn Marie Carolan**
Signature of Debtor 2

Date   5/24/24

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No

☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Thomas Anthony Carolan** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Dawn Marie Carolan** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
- ■ **creditors have claims secured by your property, or**
- ■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Fresno First Bank**<br><br>Description of property securing debt: **604 Hillside Court Arroyo Grande, CA 93420  San Luis Obispo County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Continue regular monthly payments** | ■ No<br><br>☐ Yes |
| Creditor's name: **Hyundai Motor Finance**<br><br>Description of property securing debt: **2023 Hyundai Ioniq 5 10,175 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Continue regular monthly payments** | ■ No<br><br>☐ Yes |
| Creditor's name: **LoanDepot.com, LLC**<br><br>Description of property: **604 Hillside Court Arroyo Grande, CA 93420  San Luis** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No<br><br>☐ Yes |

| Debtor 1 | **Thomas Anthony Carolan** | |
|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number *(if known)* |

| property securing debt: | **Obispo County** | ■ Retain the property and [explain]: **Continue regular monthly payments** |
|---|---|---|

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

Debtor 1   **Thomas Anthony Carolan**

Debtor 2   **Dawn Marie Carolan**

Case number *(if known)*

---

**Part 3:**    **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____

**Thomas Anthony Carolan**
Signature of Debtor 1

Date    5/24/24

X _____

**Dawn Marie Carolan**
Signature of Debtor 2

Date    5/24/24

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Central District of California

In re
**Thomas Anthony Carolan**
**Dawn Marie Carolan**

Case No.

Debtor(s)                                    Chapter        7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **5,500.00** |
   | Prior to the filing of this statement I have received | $ | **5,500.00** |
   | Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor      ■ Other (specify):   **Digital Market Media, Inc.**

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **See Paragraph 6, below, for limited scope of representation.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **1. Representation of the debtor(s) at any adjourned or continued meeting of creditors.**
      **2. Representation of the debtor(s) at any confirmation or discharge hearings.**
      **3. Representation of the debtor(s) in any adversary proceeding.**
      **4. Representation of the debtor(s) at any Rule 2004 Examination.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

5-24-24
*Date*

**Edwin J. Rambuski**
*Signature of Attorney*
**Law Offices of Edwin J. Rambuski**
**1401 Higuera Street**
**San Luis Obispo, CA 93401-2915**
**(805) 546-8284   Fax: (805) 546-8489**
**edwin@rambuskilaw.com**
*Name of law firm*

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|
| Debtor 1 **Thomas Anthony Carolan** | ■ 1. There is no presumption of abuse |
| Debtor 2 (Spouse, if filing) **Dawn Marie Carolan** | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the: Central District of California | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number (if known) | ☐ Check if this is an amended filing |

## Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income          12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:     Calculate Your Current Monthly Income

1.  **What is your marital and filing status?** Check one only.

☐ **Not married**. Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____ Copy here -> | $ _____ | $ _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property | $ _____ Copy here -> | $ _____ | $ _____ |

| 7. **Interest, dividends, and royalties** | $ _____ | $ _____ |
|---|---|---|

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number (*if known*) | |

| | | *Column A*<br>**Debtor 1** | *Column B*<br>**Debtor 2 or**<br>**non-filing spouse** |
|---|---|---|---|
| 8. | **Unemployment compensation** | $ _____ | $ _____ |

8. **Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you .................................................... $ _____

For your spouse .................................. $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ _____        $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation  pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

_____    $ _____        $ _____

_____    $ _____        $ _____

Total amounts from separate pages, if any.  + $ _____      $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____  +  $ _____  =  $ _____

**Total current monthly income**

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ........................  **Copy line 11 here=>**   $ _____

Multiply by 12 (the number of months in a year)      **x 12**

12b. The result is your annual income for this part of the form      12b.  $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.      [_____]

Fill in the number of people in your household.      [_____]

Fill in the median family income for your state and size of household. ........................

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.      13.  $ _____

14. **How do the lines compare?**

14a.  ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number (*if known*) | |

| Part 3: | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____

**Thomas Anthony Carolan**
Signature of Debtor 1

Date   05/24/2024
       MM / DD / YYYY

X _____

**Dawn Marie Carolan**
Signature of Debtor 2

Date   05/24/2024
       MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Fill in this information to identify your case:

Debtor 1     **Thomas Anthony Carolan**

Debtor 2     **Dawn Marie Carolan**
(Spouse, if filing)

United States Bankruptcy Court for the:   Central District of California

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)     12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| Part 1 | Identify the Kind of Debts You Have |
| --- | --- |

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
| --- | --- |

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   　☐ No.   Go to line 3.

   　☐ Yes.  Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   　☐ No.   Complete Form 122A-1. Do not submit this supplement.

   　☐ Yes.  Check any one of the following categories that applies:

   　　☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

   　　☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

   　　☐ **I am performing a homeland defense activity for at least 90 days.**

   　　☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   > If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
   >
   > If your exclusion period ends before your case is closed, you may have to file an amended form later.

Attorney or Party Name, Address, Telephone & FAX Nos., FOR COURT USE ONLY
State Bar No. & Email Address
**Edwin J. Rambuski**
**1401 Higuera Street**
**San Luis Obispo, CA 93401-2915**
**(805) 546-8284 Fax: (805) 546-8489**
California State Bar Number: **109602 CA**
**edwin@rambuskilaw.com**

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Thomas Anthony Carolan**
**Dawn Marie Carolan**

CASE NO.:

CHAPTER: 7

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the
master mailing list of creditors filed in this bankruptcy case, consisting of **26** sheet(s) is complete, correct, and
consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 5/24/24

Date: 5/24/24

Date: 5-24-24

Signature of Debtor 1

Signature of Debtor 2 (joint debtor) ) (if applicable)

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Aaron Karn
208 Oak St.
Bakersfield, CA 93304


AcquireCrowd
4533 MacArthur Blvd., Ste A5314
Newport Beach, CA 92660


Adam Lubenow
21114 N 37th Run
Phoenix, AZ 85050


Adjunct Media
22 Brookside Terrance
Caldwell, NJ 07006


AdMediary, LLC
23929 Valencia Blvd., Ste 404
Valencia, CA 91355


Adsync Media LLC
1300 South Miami Avenue
Miami, FL 33130


Aidvantage
Federal Student Aid
P.O. Box 4450
Portland, OR 97208-4450


Alabama Department of Labor
50 North Ripley Street
Montgomery, AL 36132

Alicia Becker
7281 Blackstone Drive
Florence, KY 41042


Alpine Digital Group, Inc.
13856 W. 2nd Ave
Golden, CO 80401


Altus Receivables Management
2121 Airline Drive, Suite 520
Metairie, LA 70001


Alyse O. Locklear
1055 Flats Ave
#206
Mebane, NC 27302


American Assurance
4445 Corporation Ln., Ste 264
Virginia Beach, VA 23462


AmeriGuide Financial
P.O. Box 1497
Topeka, KS 66601


Angela Byrne
Ballycullane Lane
Ballcyllane New Ross Co Wexford
Ireland


Angela Gunness
3839 Megan Lane
Encinitas, CA 92024

Angela L. Trout
3413 Cottage St
Brownwood, TX 76801


Apollo Interactive, LLC
139 Illinois St
El Segundo, CA 90245


Aqua Vida Media LLC
325 Sentry Pkwy
Bldg 5 W Ste 200
Blue Bell, PA 19422


Aragon Advertising, LLC
66 Mineola Avenue, #1355
Roslyn Heights, NY 11577


Arizona Department of Revenue
P.O. Box 29009
Phoenix, AZ 85038


Assurance IQ
920 5th Avenue, Ste 3600
Seattle, WA 98104


B Two Direct, LLC
100 Sterling Pkwy, Ste 105
Mechanicsburg, PA 17050


Betterlife Insurance
6522 Grand Teton Plaza
Madison, WI 53719

Big Brook Media, LLC
Little Brook Media
20 S. Main Street, Suite 206
New City, NY 10956


Birdeye Inc.
2479 E. Bayshore Rd, Suite #188
Palo Alto, CA 94303


Blue Wing Ads, LLC
Jeffrey Alan Libby
2637 E Atlantic Blvd, Suite #12566
Pompano Beach, FL 33062


Bluevine Inc.
401 Warren Street, Suite 300
Redwood City, CA 94063


Brande L. Bell
383 Chadwick Commons
Stockbridge, GA 30281


Brittany N. Stetson
PO Box 280
White Oak, NC 28399


Bullet EV Charging Solutions, LLC
111 Congress Ave, Suite 500
Austin, TX 78701


Business Legal Partners
Attorneys at Law
35 N. Lake, Suite 710
Pasadena, CA 91101

Catherin A. Myers
157 Big Pine Dr
Valley Grande, AL 36701


Cathie O. Snider
8713 North Kensington Rd
Oklahoma City, OK 73132


Chiquita M. Jolliff
943 May Street, 2nd Floor
Hammond, IN 46320


Christie A. Mays
3 Dot Dr
Fayetteville, TN 37334


Christopher H. Baker
5400 Rock Chalk
#20-308
Lawrence, KS 66049


Christopher Newsome
11726 Rolling Stream Dr
Tomball, TX 77375


Clarisse Sniezek
606 Tanana Fall Drive
Ruskin, FL 33570


Clickdee, LLC
30 N. Gould Street, STE R
Sheridan, WY 82801

CMI Credit Mediators, Inc.
P.O. Box 456
Upper Darby, PA 19082-0456


CO2 Ventures LLC
OnCore Leads
9580 Oak Avenue Parkway, Suite 7
Folsom, CA 95630


Commonwealth of Kentucky
Office of Unemployment Insurance
P.O. Box 948
Frankfort, KY 40602-0948


Complete Sales LLC
1021 Lake Hollow Dr.
Little Elm, TX 75068


Convoso, Inc.
22837 Ventura Blvd., Ste. 300
Woodland Hills, CA 91364


Cortez D. Allen
7313 Covert Ave
Cleveland, OH 44105


CTA Media
15567 74th Avenue
Palm Beach Gardens, FL 33418


DDR Media, LLC
2213 Forest Hills Dr., Ste. 3
Harrisburg, PA 17112

Department of Commerce
Bureau of Wage & Hour Admin.
P.O. Box 4009
Reynoldsburg, OH 43068-9009


Diablo Media LLC
3001 Brighton Blvd, Suite 769
Denver, CO 80216


Dianne Kristine Marmol
Block 2 Lot 30 Phase 1, Avida
Settings Cavite, Molino 4, Bacoor
Cavite, Philippines 4102


Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222


Diego Chalarca
677 Trace Circle #201
Deerfield Beach, FL 33441


Digital Market Media, Inc.
P.O. Box 1216
Arroyo Grande, CA 93421


Digital Media Solutions dba
Forte Media Solutions, LLC
4800 140th Ave North, Suite 101
Clearwater, FL 33762


Digital Viking Media, Inc.
13681 Newport Ave, Suite 8-226
Tustin, CA 92780

Digitree Solutions LLC
133 Hillside Drive
Neptune, NJ 07753


Direct2Market Digital Media Solut.
70 Cooper Rd
Rochester, NY 14617


DriveTake LLC
7000 West Palmetto Park Road
Ste. 210
Boca Raton, FL 33433


eLocal USA LLC
1010 Spring Mill Ave., Ste. 200
Conshohocken, PA 19428


Employer Advocates Group
735 Tank Farm Road, Suite 130-B
San Luis Obispo, CA 93401


Enginefish LLC
707 Continental Circle Unit #312
Mountain View, CA 94040


Eternal Life Group, LLC
520 Plantation Creek Drive
Loganville, GA 30052


Ethel Loycelle Baxter
1916 Hewett Lane
Maitland, FL 32751

Euler Hermes Collections North
America Company
100 International Drive, 22nd Floor
Baltimore, MD 21202

Excel Impact, LLC
382 NE 191st Street, Ste 57537
Miami, FL 33179

ExlService.com, LLC
24 Arnett Avenue, Suite 100
Lambertville, NJ 08530

Faisal Zeid
7930 Tireswing Rd
Dunn Loring, VA 22027

Family First Life
John Patrick Spera
475 FM 3427
Greenville, TX 75401

Family First Life
Thomas Barnes
5210 W Patrick Ln
Las Vegas, NV 89118

First Choice Physician Partners
Attn# 19406X
P.O. Box 14000
Belfast, ME 04915-4033

First Insurance Funding
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7917

Fora Financial Advance LLC
1385 Broadway, 15th Floor
New York, NY 10018


Forge47 LLC
2833 Crockett Street, Unit #1047
Fort Worth, TX 76107


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Fresh Funding Solutions Inc.
157 Church Street, 19th Floor
New Haven, CT 06510


Fresno First Bank
7690 N. Palm Ave., Ste. 101
Fresno, CA 93711


Gabriel A. Sandoval
12140 N Kylene Canyon Dr
Oro Valley, AZ 85755


Garth G. Gavenda
Jellum Law
7616 Currell Blvd., Suite 245
Saint Paul, MN 55125


Glass Roots Marketing
400 Kelby Street, Ste 1200
Fort Lee, NJ 07024

Glatzer & Associates
10365 Cameilla St.
Pompano Beach, FL 33076


Glenda S. Gustin
13506 E. 4th Place
Tulsa, OK 74108-1104


Google, Inc.
Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833


Grasshopper
333 Summer Street, 5th Floor
Boston, MA 02210


Grateful Addicts Recovery
12 Emmet Terrace, Apt. 3
Revere, MA 02151


Gravie
10 NE 2nd St. #300
Minneapolis, MN 55413


Greencore Environmental
John Feldman
1515 N. Cocoa Blvd., Unit 102
Cocoa, FL 32922


Greencore Environmental
John Feldman
4540 Bonanza St.
Cocoa, FL 32927

Gregory N. Filosa
Filosa Graff LLP
17 State Street, 40th Floor
New York, NY 10004


Guadalupe P. Conolly
2008 1/2 Stratford Ave
Neptune, NJ 07753


Health Gods Consultants LLC
11235 NW 43rd Place
Coral Springs, FL 33065


Here Comes the Sun
9880 Indiana Avenue, Suite 3
Riverside, CA 92503


Hubspot Inc.
2 Canal Park
Cambridge, MA 02141


Hyundai Motor Finance
Attention: Bankruptcy Dept.
P.O. Box 20809
Fountain Valley, CA 92728-0809


ICIT Development Corp.
300 Sunny Isles Blvd 1405
Sunny Isles Beach, FL 33160


Ifficient Inc.
12081 W. Alameda Pkwy #506
Lakewood, CO 80228

Inbound Ignite, LLC
8 The Green, Suite 17013
Dover, DE 19901


Inbounds LLC
254 Chapman Rd, Ste 208
#5821
Newark, DE 19702


Insurance Solutions Group
2037 Northside Dr. East
Statesboro, GA 30458


Interest Media, Inc.
P.O. Box 875194
Kansas City, MO 64187-5194


Intuit, Inc.
2700 Coast Avenue
Mountain View, CA 94043


Jackqueline Stine
Unit 1621-1622, Soho Central Condo
Shaw Blvd, Mandaluyong City
Philippines 1552


Jana H. Norrell
1045 Landsdowne Manor Ln E
Apt. 248
Memphis, TN 38117


Jennifer Geston-Selbach
1423 Wisconsin Ave
Palm Harbor, FL 34683

Jennifer N. Gibbs
102 N Seaview Road
Wilmington, NC 28409


Jessica N. Feltner
1120 S. Timber Creek Dr.
Milford, OH 45150


Juan Ramos
3014 Fairfield Dr
Brownsville, TX 78526


Judith Philbrook
1903 Willowbend Dr
Killeen, TX 76543


Karen Kristeen G. Betita
5 F R Aquino St. N. Susan Executive
Village, Matandang Balara
Quezon City, Philippines 1119


Karen Y. Dionisio
23 Goldman St.
East Fairview, Quezon City
Philippines 1100 639662270802


Kasey Geyer
5350 Desoto Road, Apt. 1306
Sarasota, FL 34235


Kautiana M. Ford
3144 Artemisia Lane
Wesley Chapel, FL 33543

Keith W. Moore
602 Buckner St
Elsmere, KY 41018


Kenneth A. Casson
101 East 43rd Street 2
Taylor Mill, KY 41015


Kenneth Smith Insurance Services
44855 Corte Casa
Temecula, CA 92592


Kingdom Insurance Group
515 North Broad Street
Thomasville, GA 31792


Law Offices of Carol Hamilton
Continental Commercial Group
1111 N. Brand Blvd, Ste 401
Glendale, CA 91202


Lawanda Muhammad
13637 Aspen Leaf Ln
Eastvale, CA 92880


LeadProsper
38 Rosscraggon Rd, Suite C
Asheville, NC 28803


LexisNexis Risk Solutions FL Inc
28330 Network Place
Chicago, IL 60673-1283

Lisa M. Knapp
8400 Northwest 25 Street
#100
Doral, FL 33198


LoanDepot.com, LLC
P.O. Box 250009
Plano, TX 75025


Louisiana Department of Revenue
P.O. Box 201
Baton Rouge, LA 70821-0201


Luke Rankin
11448 Highway 76 W
Gray Court, SC 29645


Ma. Jill B. Lugtu
877 Don Quijote St.
Sampaloc, Manila
Philippines 1015 693778149159


Macy D. Lee
2305 San Pedro Dr
College Station, TX 77845


Madison P. Jones
2109 West Ln
Jacksonville, AR 72076


Malachi Uysse
1317 Edgewater Dr., Ste. 5711
Orlando, FL 32804

Mansueto Ventures, LLC
7 World Trade Center
New York, NY 10007


Media Force Ltd
26 Harokmim St.
Holon
Israel 5885849


Medicare Complete
Dalton Lawson
5119 NE 8th St
Kansas City, MO 64119


Medicare Complete
Sean Gorman
5119 NE 8th St
Kansas City, MO 64119


Medicare Complete
Jeremy David
5119 NE 8th St
Kansas City, MO 64119


Metrix Holdings LLC dba Equoto
817 W Peachtree St, NE
(Ste P200)
Atlanta, GA 30308


Midnight Oil Marketing Group, Inc.
702 Ash Street, Ste. 107
San Diego, CA 92101


Missouri Department of Labor and
Industrial Relations
P.O. Box 59
Jefferson City, MO 65104-0059

Movses Manukyan
5a Tumanyan St.
Yerevan
Armenia 0001


Mutual of Omaha
3300 Mutual of Omaha Plaza
Omaha, NE 68175


N.C. Department of Labor
1101 Mail Service Center
Raleigh, NC 27699


Natasha N. Morris
1003 Cobb Road
Statesboro, GA 30461


North Carolina Department Commerce
Employment Security Division
P.O. Box 26504
Raleigh, NC 27611-6504


Nutmeg Insurance Advisors LLC
1 St. John St
North Haven, CT 06473


Ogden & Fricks LLP
656 Santa Rosa Street, Suite 2B
San Luis Obispo, CA 93401


Ohio Department of Job-Family Serv.
Office of Unemployment Insurance Op
P.O. Box 182404
Columbus, OH 43218-2404

Oklahoma Department of Labor
409 NE 28th Street, 3rd Floor
Oklahoma City, OK 73105-5212

Optimize to Convert Digital, LLC
170 Commerce Way, Suite 200
Portsmouth, NH 03801

Options Agency
802 Kingsgate Dr
Corona, CA 92882

Paylocity
1400 American Lane
Schaumburg, IL 60173

Peak Advertising, LLC
1200 Pierce Rd
Madison, TN 37115

PolicyScout, LLC
10808 South River Front Parkway
Ste. 500
South Jordan, UT 84095

PX, Inc.
44 Wall Street - Suite 605
New York, NY 10005

Qualifier
6501 Congress Avenue, Unit 140
Boca Raton, FL 33487

QuinStreet Inc.
P.O. Box 8398
Pasadena, CA 91109-8398


Quote Storm Holdings, LLC
P.O. Box 558834
Miami, FL 33255


Quotehound Inc.
1101 Central Expy S Ste 250
Allen, TX 75013


QuoteWizard by LendingTree LLC
P.O. Box 840470
Dallas, TX 75284-0470


Rachel S. Trout
11726 Rolling Stream Dr
Tomball, TX 77375


Ranjit K. Pandey
1202 Parkway Dr
#1202
Greenville, OH 45331


Raquel Otero Morales
135 Honey Dr
Brownsville, TX 78520


Regina L. Rodriguez
707 Racquet Ct
Harker Heights, TX 76548

Retreaver
36 Cattano Avenue, 5th Floor
Morristown, NJ 07960


Reynold P. Marshall
7917 Spring Run Dr
Magnolia, TX 77354


Richard T. Avis, Attorney &
Associates, LLC
P.O. Box 735633
Chicago, IL 60673-5633


Right Choice Community Commitment
919A Atlantic Ave
Atlantic City, NJ 08401


Robert E. Barnett
8921 Bradwell Place
#208
Fishers, IN 46037


Salt Media Group
8751 Sandy Parkway
Sandy, UT 84070


Sam Alvarado
22845 AVE 22
Madera, CA 93638


SBA Disaster Covid-19 Economic Inj
CESC-Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155

Sean Nguyen
1297 Flickinger Ave
San Jose, CA 95131


Senior Health LLC
7801 Pine Ridge Road
Louisville, KY 40241


Senior Life Insurance
Scott Maxwell
2619 S. Keene
Mesa, AZ 85209


Shanita B. Reed
18965 S Mobile St
Citronelle, AL 36522


Sharee Gavin
6109 W Fordham Place
Cincinnati, OH 45213


Sharon V. Lezama
1744 Wesminster Circle
Griffin, GA 30223


Shawta Barnes
711 W Sanford St, Unit B
Arlington, TX 76012


Sierra Vista Regional Medical Ctr.
FILE # 57445
Los Angeles, CA 90074-7445

Spektra Financial
Sam Nemovi
3131 Camino Del Rio N
San Diego, CA 92108


Stacy L. Green
805 Summit Park Trail #1
McDonough, GA 30253


State HQ
152 North 480 East
PO Box 113
Millville, UT 84326


Stephen Evans
1288 Bluets Rd
Newport, TN 37821


Steve Rush
PO Box 149
Eureka Springs, AR 72632


Stonehedge Media
88 Industrial Ct.
Freehold, NJ 07728


Suited Connector, LLC
P.O. Box 844017
Dallas, TX 75284-4017


Sunshine Residuals LLC
Senior Health Desk
777 SE 2nd St, Unit C315
Deerfield Beach, FL 33441

Tennessee Dept. of Labor-Workforce
Employment Security Division
220 French Landing Drive
Nashville, TN 37243


The Hanover Insurance Group
440 Lincoln Streetn
Worcester, MA 01653


The Leviton Law Firm, Ltd.
One Pierce Place, Suite 725W
Itasca, IL 60143


The Palmer Agency
PO Box 9276
Rochester, MN 55903


Thriti Technologies LLC
2411 Aiken Drive
Richmond, VA 23294


Tiburon Media Group, LLC
39 Main Street
Belvedere Tiburon, CA 94920


Tim Waggoner, Esq.
Mutual of Omaha
3300 Mutual of Omaha Plaza
Omaha, NE 68175


Tina L. Harvey
6617 NE 49th Terrace
Kansas City, MO 64119

Travis Flatt
3201 Wind Call Ln.
Edmond, OK 73034


Triumph Communications, LLC
Susan Anderson
20 Collins Rd.
Greeneville, TN 37745


Triumph Communications, LLC
180 Pauline Drive
Hazel Green, AL 35750


Tucker Albin & Associates
1702 N. Collins Blvd, Suite 100
Richardson, TX 75080


United Lead Center LLC
2145 Davie Blvd, St 201
Fort Lauderdale, FL 33312


Uprise Solar
1140 3rd St NE
Washington, DC 20002


Vanessa L. Vaughn
12073 Roddy Rd
#15
Gonzales, LA 70737


VIP Response
Parijsboulevard 143C
3541CS Utrecht

Virginia L. Smith
19805 Green Forrest Dr.
Pass Christian, MS 39571


Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995


Wells Fargo Card Services
P.O. Box 10347
Des Moines, IA 50306-0347


Wells Fargo SBL
P.O. Box 29482
Phoenix, AZ 85038-8650


William West
7793 Waggoner Chase Blvd
Blacklick, OH 43004


Wolffs Financial
9593 Town Parc Circle S
Parkland, FL 33076


Yanecy Perdomo
5819 Palmetto Way
San Antonio, TX 78253


ZoomInfo Technologies LLC
805 Broadway Street, Suite 900
Vancouver, WA 98660