| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Edwin J. Rambuski**<br>**1401 Higuera Street**<br>**San Luis Obispo, CA 93401-2915**<br>**(805) 546-8284 Fax: (805) 546-8489**<br>**109602 CA**<br>edwin@rambuskilaw.com | |
| ☐ *Individual appearing without attorney*<br>☑ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>      **Thomas Anthony Carolan**<br>      **Dawn Marie Carolan** | CASE NO.: **9:24-bk-10584-RC**<br><br>CHAPTER: **7** |
|---|---|
| | **SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
| Debtor(s) | |

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B      ☐ Schedule C      ☐ Schedule D      ☑ Schedule E/F      ☐ Schedule G

☐ Schedule H      ☐ Schedule I      ☐ Schedule J      ☐ Schedule J-2      ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)      ☐ Statement of Intentions      ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:   8/28/24

**Thomas Anthony Carolan**
Debtor 1 Signature

**Dawn Marie Carolan**
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    **F 1007-1.1.AMENDED.SUMMARY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**1401 Higuera Street**
**San Luis Obispo, CA 93401-2915**

A true and correct copy of the foregoing document entitled (*specify*):   __**SUMMARY OF AMENDED SCHEDULES,**__
__**MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]**__   will be served or was served **(a)** on the judge in
chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:


**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
__**August 28, 2024**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:
Chad L Butler, Attorney for Creditor loanDepot.com, LLC - caecf@tblaw.com
Jerry Namba (TR), Chapter 7 Trustee -  jnambalaw@yahoo.com,
   jn01@trustesolutions.net;lgrahl@fsscommerce.com;jnambaepiq@earthlink.net
Edwin J Rambuski, Attorney for Debtor -  edwin@rambuskilaw.com, marissa@rambuskilaw.com
Christopher E Seymour, Attorney for Creditor FFB Bank - cseymour@gmlegal.net,
   iwillard@gmlegal.net;scarroll@gmlegal.net
United States Trustee (ND) -  ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) __**August 28, 2024**__, I served the following persons and/or entities at the
last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a
sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Amazon Web Services, Inc.**
**410 Terry Ave North**
**Seattle, WA 98109-5210**

**Hicks Pension Services**
**107 N. Reino Rd, #228**
**Newbury Park, CA 91320**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method
for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 28, 2024 | **Marissa Rowland** | *Marissa Rowland* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Thomas Anthony Carolan** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Dawn Marie Carolan** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **9:24-bk-10584-RC** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

| 4.1 | **Aaron Karn** | Last 4 digits of account number ____ ____ ____ ____ | $45.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**1401 Commercial Ave, #200**
**Bakersfield, CA 93309**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    2023

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number (if known) | **9:24-bk-10584-RC** |

---

| 4.2 | **AcquireCrowd** | Last 4 digits of account number _____ | $135.00 |

Nonpriority Creditor's Name
**4533 MacArthur Blvd., Ste A5314**
**Newport Beach, CA 92660**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.3 | **Adam Lubenow** | Last 4 digits of account number _____ | $1,260.00 |

Nonpriority Creditor's Name
**21114 N 37th Run**
**Phoenix, AZ 85050**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.4 | **Adjunct Media** | Last 4 digits of account number _____ | $24,320.00 |

Nonpriority Creditor's Name
**22 Brookside Terrance**
**Caldwell, NJ 07006**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2022-2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | | |
| | | Case number *(if known)* | **9:24-bk-10584-RC** |

---

| 4.5 | **AdMediary, LLC** | Last 4 digits of account number _____ | $13,666.67 |

Nonpriority Creditor's Name
**23929 Valencia Blvd., Ste 404**
**Valencia, CA 91355**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.6 | **Adsync Media LLC** | Last 4 digits of account number _____ | $18,690.00 |

Nonpriority Creditor's Name
**1200 Brickell Ave, Suite 1950**
**Miami, FL 33131**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2023-2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.7 | **Aidvantage** | Last 4 digits of account number _____ | $5,719.64 |

Nonpriority Creditor's Name
**Federal Student Aid**
**P.O. Box 4450**
**Portland, OR 97208-4450**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Student loan for daughter**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number *(if known)*   **9:24-bk-10584-RC**

---

| 4.8 | **Alabama Department of Labor** | Last 4 digits of account number | **2223** | $225.26 |

Nonpriority Creditor's Name
**50 North Ripley Street**
**Montgomery, AL 36132**
Number Street City State Zip Code

When was the debt incurred?   **2024**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.9 | **Alicia Becker** | Last 4 digits of account number | | $4,623.54 |

Nonpriority Creditor's Name
**7281 Blackstone Drive**
**Florence, KY 41042**
Number Street City State Zip Code

When was the debt incurred?   **2024**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.10 | **Alpine Digital Group, Inc.** | Last 4 digits of account number | | $12.00 |

Nonpriority Creditor's Name
**13856 W. 2nd Ave**
**Golden, CO 80401**
Number Street City State Zip Code

When was the debt incurred?   **2023**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  4 of 98

| Debtor 1 | **Thomas Anthony Carolan** |
|---|---|
| Debtor 2 | **Dawn Marie Carolan** |

Case number (*if known*)   **9:24-bk-10584-RC**

---

**4.1**
**1**

**Alyse O. Locklear**
Nonpriority Creditor's Name
**1055 Flats Ave**
**#206**
**Mebane, NC 27302**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$1,472.64**

When was the debt incurred?    **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.1**
**2**

**Amazon Web Services, Inc.**
Nonpriority Creditor's Name
**410 Terry Ave North**
**Seattle, WA 98109-5210**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3574**    **$1,267.76**

When was the debt incurred?    **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number *(if known)* | **9:24-bk-10584-RC** |

---

**4.1 3** | **American Assurance**

Nonpriority Creditor's Name

**4445 Corporation Ln., Ste 264**
**Virginia Beach, VA 23462**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____    **$148.00**

**When was the debt incurred?**    **2023**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.1 4** | **AmeriGuide Financial**

Nonpriority Creditor's Name

**P.O. Box 1497**
**Topeka, KS 66601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____    **$882.00**

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| Debtor 1 | **Thomas Anthony Carolan** | |
|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | |
| | Case number (if known) | **9:24-bk-10584-RC** |

---

**4.15**

**Angela Byrne**
Nonpriority Creditor's Name

**Ballycullane Lane**
**Ballcyllane New Ross Co Wexford**
**Ireland**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **$1,378.57**

**When was the debt incurred?**     2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.16**

**Angela Gunness**
Nonpriority Creditor's Name

**3839 Megan Lane**
**Encinitas, CA 92024**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **$500.00**

**When was the debt incurred?**     2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (*if known*)   **9:24-bk-10584-RC**

---

| 4.1 7 | **Angela L. Trout** | **Last 4 digits of account number** _____ | **$2,345.46** |

Nonpriority Creditor's Name

**3413 Cottage St**
**Brownwood, TX 76801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 8 | **Apollo Interactive, LLC** | **Last 4 digits of account number** _____ | **$31,733.90** |

Nonpriority Creditor's Name

**139 Illinois St**
**El Segundo, CA 90245**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2023-2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (if known)    **9:24-bk-10584-RC**

---

**4.19**  **Aqua Vida Media LLC**

Nonpriority Creditor's Name
**325 Sentry Pkwy**
**Bldg 5 W Ste 200**
**Blue Bell, PA 19422**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    $110.00

When was the debt incurred?    **2023**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.20**  **Aragon Advertising, LLC**

Nonpriority Creditor's Name
**66 Mineola Avenue, #1355**
**Roslyn Heights, NY 11577**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    $1,513.00

When was the debt incurred?    **2023-2024**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Corporate debt of Digital Market Media, Inc., personally guaranteed by Debtors**

---

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number (if known) | **9:24-bk-10584-RC** |

| 4.2 1 | **Arizona Department of Revenue** | Last 4 digits of account number | **6708** | $21.42 |

Nonpriority Creditor's Name
**P.O. Box 29009**
**Phoenix, AZ 85038**
Number Street City State Zip Code

**When was the debt incurred?**   **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| 4.2 2 | **Assurance IQ** | Last 4 digits of account number | | $2,560.00 |

Nonpriority Creditor's Name
**920 5th Avenue, Ste 3600**
**Seattle, WA 98104**
Number Street City State Zip Code

**When was the debt incurred?**   **2023-2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known)  **9:24-bk-10584-RC**

---

| 4.2 3 | **B Two Direct, LLC** | **Last 4 digits of account number** _____ | **$3,734.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**100 Sterling Pkwy, Ste 105**
**Mechanicsburg, PA 17050**

**When was the debt incurred?**  2023-2024

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.2 4 | **Betterlife Insurance** | **Last 4 digits of account number** _____ | **$1,080.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**6522 Grand Teton Plaza**
**Madison, WI 53719**

**When was the debt incurred?**  2023

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known)   **9:24-bk-10584-RC**

---

| 4.2 5 | **Big Brook Media, LLC** | | **$1,200.00** |

Nonpriority Creditor's Name

**Little Brook Media
20 S. Main Street, Suite 206
New City, NY 10956**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.2 6 | **Birdeye Inc.** | | **$8,559.00** |

Nonpriority Creditor's Name

**2479 E. Bayshore Rd, Suite #188
Palo Alto, CA 94303**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   2023-2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| Debtor 1 | **Thomas Anthony Carolan** |
|---|---|
| Debtor 2 | **Dawn Marie Carolan** |

Case number (*if known*)   **9:24-bk-10584-RC**

---

| **4.2 7** | **Blue Wing Ads, LLC** | Last 4 digits of account number | | $13,666.75 |

Nonpriority Creditor's Name
**Jeffrey Alan Libby**
**2637 E Atlantic Blvd, Suite #12566**
**Pompano Beach, FL 33062**
Number Street City State Zip Code

**When was the debt incurred?**   **2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| **4.2 8** | **Bluevine Inc.** | Last 4 digits of account number | | $193,841.57 |

Nonpriority Creditor's Name
**401 Warren Street, Suite 300**
**Redwood City, CA 94063**
Number Street City State Zip Code

**When was the debt incurred?**   **2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., personally guaranteed by Debtors**

---

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number *(if known)* | **9:24-bk-10584-RC** |

---

**4.2 9**  **Brande L. Bell**

Nonpriority Creditor's Name

**383 Chadwick Commons**
**Stockbridge, GA 30281**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No



☐ Yes

**Last 4 digits of account number** _____        **$3,068.17**

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.3 0**  **Brittany N. Stetson**

Nonpriority Creditor's Name

**PO Box 280**
**White Oak, NC 28399**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No



☐ Yes

**Last 4 digits of account number** _____        **$1,563.14**

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known)  **9:24-bk-10584-RC**

| 4.3 1 | **Bullet EV Charging Solutions, LLC** | Last 4 digits of account number | $4,971.19 |
|---|---|---|---|

Nonpriority Creditor's Name
**111 Congress Ave, Suite 500
Austin, TX 78701**

When was the debt incurred?  **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| 4.3 2 | **Business Legal Partners** | Last 4 digits of account number | $2,293.86 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attorneys at Law
1122 East Green Street, Suite 207
Pasadena, CA 91106**

When was the debt incurred?  **2023**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| Debtor 1 | **Thomas Anthony Carolan** | | | |
|---|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number *(if known)* | **9:24-bk-10584-RC** | |

---

**4.33**  **Catherin A. Myers**

Nonpriority Creditor's Name

**157 Big Pine Dr**
**Valley Grande, AL 36701**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$1,498.14**

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.34**  **Cathie O. Snider**

Nonpriority Creditor's Name

**8713 North Kensington Rd**
**Oklahoma City, OK 73132**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$1,184.80**

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| Debtor 1 | **Thomas Anthony Carolan** |
|---|---|
| Debtor 2 | **Dawn Marie Carolan** |

Case number *(if known)*    **9:24-bk-10584-RC**

---

| 4.3 5 | **Chiquita M. Jolliff** | **Last 4 digits of account number** _____ | **$2,507.26** |
|---|---|---|---|

Nonpriority Creditor's Name

**943 May Street, 2nd Floor**
**Hammond, IN 46320**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.3 6 | **Christie A. Mays** | **Last 4 digits of account number** _____ | **$2,739.18** |
|---|---|---|---|

Nonpriority Creditor's Name

**3 Dot Dr**
**Fayetteville, TN 37334**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number *(if known)*    **9:24-bk-10584-RC**

---

| 4.3 7 | **Christopher H. Baker** | | **Last 4 digits of account number** _____ | **$1,536.32** |

Nonpriority Creditor's Name
**5400 Rock Chalk**
**#20-308**
**Lawrence, KS 66049**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.3 8 | **Christopher Newsome** | | **Last 4 digits of account number** _____ | **$4,826.29** |

Nonpriority Creditor's Name
**11726 Rolling Stream Dr**
**Tomball, TX 77375**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number *(if known)*   **9:24-bk-10584-RC**

| 4.3 9 | **Clarisse Sniezek** | **Last 4 digits of account number** _____ | **$1,595.35** |
|---|---|---|---|

Nonpriority Creditor's Name

**606 Tanana Fall Drive**
**Ruskin, FL 33570**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| 4.4 0 | **Clickdee, LLC** | **Last 4 digits of account number** _____ | **$1,980.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**30 N. Gould Street, STE R**
**Sheridan, WY 82801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known)   **9:24-bk-10584-RC**

---

| 4.4 1 | **CO2 Ventures LLC** | Last 4 digits of account number | | $9,272.00 |

Nonpriority Creditor's Name
**OnCore Leads**
**9580 Oak Avenue Parkway, Suite 7**
**Folsom, CA 95630**

When was the debt incurred?   **2023**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.4 2 | **Commonwealth of Kentucky** | Last 4 digits of account number   **5787** | | $44.74 |

Nonpriority Creditor's Name
**Office of Unemployment Insurance**
**P.O. Box 948**
**Frankfort, KY 40602-0948**

When was the debt incurred?   **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number *(if known)*    **9:24-bk-10584-RC**

---

| 4.4 3 | **Complete Sales LLC** | | $250.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**Last 4 digits of account number** _____

**1021 Lake Hollow Dr.**
**Little Elm, TX 75068**

**When was the debt incurred?**    **2023**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.4 4 | **Convoso, Inc.** | 0209 | $29,147.97 |
|---|---|---|---|

Nonpriority Creditor's Name

**Last 4 digits of account number** 0209

**22837 Ventura Blvd., Ste. 300**
**Woodland Hills, CA 91364**

**When was the debt incurred?**    **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

■ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number (if known) | **9:24-bk-10584-RC** |

| 4.4 5 | **Cortez D. Allen** | | **Last 4 digits of account number** | | | **$1,690.70** |

Nonpriority Creditor's Name

**7313 Covert Ave**
**Cleveland, OH 44105**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   2024

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| 4.4 6 | **CTA Media** | | **Last 4 digits of account number** | | | **$3,615.00** |

Nonpriority Creditor's Name

**15567 74th Avenue**
**Palm Beach Gardens, FL 33418**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   2023

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number (if known) | **9:24-bk-10584-RC** |

---

**4.47**

**DDR Media, LLC**

Nonpriority Creditor's Name

**2213 Forest Hills Dr., Ste. 3**
**Harrisburg, PA 17112**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$280.00**

**When was the debt incurred?**  **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.48**

**Diablo Media LLC**

Nonpriority Creditor's Name

**3001 Brighton Blvd, Suite 769**
**Denver, CO 80216**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$1,666.76**

**When was the debt incurred?**  **2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known)  **9:24-bk-10584-RC**

---

| 4.49 | **Dianne Kristine Marmol** | Last 4 digits of account number | | $872.38 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Block 2 Lot 30 Phase 1, Avida Settings Cavite, Molino 4, Bacoor Cavite, Philippines 4102**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.50 | **Diego Chalarca** | Last 4 digits of account number | | $5,725.41 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**677 Trace Circle #201 Deerfield Beach, FL 33441**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number *(if known)*   **9:24-bk-10584-RC**

---

| 4.5 1 | **Digital Media Solutions dba** | Last 4 digits of account number | | $7.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Forte Media Solutions, LLC
4800 140th Ave North, Suite 101
Clearwater, FL 33762**

When was the debt incurred?   **2023**

Number Street City State Zip Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.5 2 | **Digital Viking Media, Inc.** | Last 4 digits of account number | | $5,255.47 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**13681 Newport Ave, Suite 8-226
Tustin, CA 92780**

When was the debt incurred?   **2023-2024**

Number Street City State Zip Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known)   **9:24-bk-10584-RC**

---

| 4.5 3 | **Digitree Solutions LLC** | **Last 4 digits of account number** _____ | **$3,467.19** |

Nonpriority Creditor's Name
**133 Hillside Drive**
**Neptune, NJ 07753**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.5 4 | **Direct2Market Digital Media Solut.** | **Last 4 digits of account number** _____ | **$970.00** |

Nonpriority Creditor's Name
**70 Cooper Rd**
**Rochester, NY 14617**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number *(if known)*   **9:24-bk-10584-RC**

---

| 4.5 5 | **DriveTake LLC** | **Last 4 digits of account number** | **$9,350.00** |

Nonpriority Creditor's Name

**7000 West Palmetto Park Road Ste. 210 Boca Raton, FL 33433**

Number Street City State Zip Code

**When was the debt incurred?**   **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.5 6 | **eLocal USA LLC** | **Last 4 digits of account number** | **$14,226.00** |

Nonpriority Creditor's Name

**1405 Dreshertown Rd, Box 495 Dresher, PA 19025**

Number Street City State Zip Code

**When was the debt incurred?**   **2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (if known)    **9:24-bk-10584-RC**

---

| 4.5 7 | | | |
|---|---|---|---|

**Employer Advocates Group**

Nonpriority Creditor's Name

**735 Tank Farm Road, Suite 130-B**
**San Luis Obispo, CA 93401**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$900.00**

**When was the debt incurred?**    2023-2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.5 8 | | | |
|---|---|---|---|

**Enginefish LLC**

Nonpriority Creditor's Name

**707 Continental Circle Unit #312**
**Mountain View, CA 94040**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$634.00**

**When was the debt incurred?**    2023-2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (*if known*)    **9:24-bk-10584-RC**

---

**4.5 9**

**Eternal Life Group, LLC**
Nonpriority Creditor's Name
**520 Plantation Creek Drive**
**Loganville, GA 30052**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $225.00

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.6 0**

**Ethel Loycelle Baxter**
Nonpriority Creditor's Name
**1916 Hewett Lane**
**Maitland, FL 32751**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $1,724.36

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| Debtor 1 | **Thomas Anthony Carolan** |
|----------|---------------------------|
| Debtor 2 | **Dawn Marie Carolan** |

Case number (*if known*)   **9:24-bk-10584-RC**

---

| 4.6 1 | **Excel Impact, LLC** | **Last 4 digits of account number** _____ | **$5,781.91** |

Nonpriority Creditor's Name

**382 NE 191st Street, Ste 57537**
**Miami, FL 33179**

Number Street City State Zip Code

**When was the debt incurred?**   **2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.6 2 | **ExlService.com, LLC** | **Last 4 digits of account number** _____ | **$26,316.00** |

Nonpriority Creditor's Name

**24 Arnett Avenue, Suite 100**
**Lambertville, NJ 08530**

Number Street City State Zip Code

**When was the debt incurred?**   **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (*if known*)  **9:24-bk-10584-RC**

| 4.6 3 | **Faisal Zeid** | **Last 4 digits of account number** _____ | **$2,631.55** |
|---|---|---|---|

Nonpriority Creditor's Name
**7930 Tireswing Rd**
**Dunn Loring, VA 22027**
Number Street City State Zip Code

**When was the debt incurred?**  2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| 4.6 4 | **Family First Life** | **Last 4 digits of account number** _____ | **$420.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**John Patrick Spera**
**475 FM 3427**
**Greenville, TX 75401**
Number Street City State Zip Code

**When was the debt incurred?**  2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known)   **9:24-bk-10584-RC**

---

| 4.6 5 | **Family First Life** | **Last 4 digits of account number** | | **$90.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Thomas Barnes**
**5210 W Patrick Ln**
**Las Vegas, NV 89118**

**When was the debt incurred?**   **2023**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

☐ Yes

---

| 4.6 6 | **First Choice Physician Partners** | **Last 4 digits of account number**   **4035** | | **$227.18** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn# 19406X**
**P.O. Box 14000**
**Belfast, ME 04915-4033**

**When was the debt incurred?**   **2023**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical bill**

☐ Yes

---

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | | |
| | | Case number *(if known)* | **9:24-bk-10584-RC** |

---

| 4.6 7 | **First Insurance Funding** | **Last 4 digits of account number** | **3054** | | **$2,605.31** |

Nonpriority Creditor's Name

**450 Skokie Blvd, Ste 1000**
**Northbrook, IL 60062-7917**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.6 8 | **Fora Financial Advance LLC** | **Last 4 digits of account number** | | | **$269,395.14** |

Nonpriority Creditor's Name

**1385 Broadway, 15th Floor**
**New York, NY 10018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., personally guaranteed by Debtors**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number *(if known)*  **9:24-bk-10584-RC**

---

| 4.6 9 | **Forge47 LLC** | **Last 4 digits of account number** _____ | **$576.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**2833 Crockett Street, Unit #1047**
**Fort Worth, TX 76107**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.7 0 | **Franchise Tax Board** | **Last 4 digits of account number**  8780 | **$800.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Bankruptcy Section, MS: A-340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**
**Form 100-ES**

---

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number (*if known*) | **9:24-bk-10584-RC** |

| 4.7 1 | **Fresh Funding Solutions Inc.** | **Last 4 digits of account number** _____ | **$214,400.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**157 Church Street, 19th Floor**
**New Haven, CT 06510**

Number Street City State Zip Code

**When was the debt incurred?**    **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Corporate debt of Digital Market Media, Inc., personally guaranteed by Debtors**

| 4.7 2 | **Gabriel A. Sandoval** | **Last 4 digits of account number** _____ | **$1,427.71** |
|---|---|---|---|

Nonpriority Creditor's Name

**12140 N Kylene Canyon Dr**
**Oro Valley, AZ 85755**

Number Street City State Zip Code

**When was the debt incurred?**    **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**                                    Case number (if known)    **9:24-bk-10584-RC**

---

| 4.7 3 | **Glass Roots Marketing** | Last 4 digits of account number _____ | $846.00 |

Nonpriority Creditor's Name
**400 Kelby Street, Ste 1200**
**Fort Lee, NJ 07024**

When was the debt incurred?    **2023**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.7 4 | **Glatzer & Associates** | Last 4 digits of account number _____ | $315.00 |

Nonpriority Creditor's Name
**10365 Cameilla St.**
**Pompano Beach, FL 33076**

When was the debt incurred?    **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known)  **9:24-bk-10584-RC**

| 4.7 5 | **Glenda S. Gustin** | | **$2,482.98** |
|---|---|---|---|

Nonpriority Creditor's Name

**13506 E. 4th Place**
**Tulsa, OK 74108-1104**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| 4.7 6 | **Google, Inc.** | | **$502.22** |
|---|---|---|---|

Nonpriority Creditor's Name

**Corporation Service Company**
**2710 Gateway Oaks Drive, Suite 150N**
**Sacramento, CA 95833**
Number Street City State Zip Code

**Last 4 digits of account number** **9715**

**When was the debt incurred?** **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (*if known*)   **9:24-bk-10584-RC**

| 4.7 7 | **Grasshopper** | Last 4 digits of account number | **3586** | **$73.32** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**333 Summer Street, 5th Floor**
**Boston, MA 02210**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.7 8 | **Grasshopper** | Last 4 digits of account number | | **$876.26** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**333 Summer Street, 5th Floor**
**Boston, MA 02210**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Legends United Insurance Agency, Inc., listed out of caution to avoid any alter ego liability**

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number *(if known)* | **9:24-bk-10584-RC** |

---

**4.79**

**Grateful Addicts Recovery**                                    **Last 4 digits of account number** _____      **$165.00**
Nonpriority Creditor's Name
**12 Emmet Terrace, Apt. 3**                          **When was the debt incurred?**  **2024**
**Revere, MA 02151**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                     ■ Contingent
☐ Debtor 2 only                                     ■ Unliquidated
■ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community          ☐ Student loans
debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                     report as priority claims
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                    **Corporate debt of Digital Market Media,**
                                                    **Inc., listed out of caution to avoid any alter**
☐ Yes                                    ■ Other. Specify **ego liability**

---

**4.80**

**Gravie**                                           **Last 4 digits of account number** _____      **$1.00**
Nonpriority Creditor's Name
**10 NE 2nd St. #300**                                **When was the debt incurred?**
**Minneapolis, MN 55413**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                     ■ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community          ☐ Student loans
debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                     report as priority claims
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                    **Corporate debt of Digital Market Media,**
                                                    **Inc., listed out of caution to avoid any alter**
☐ Yes                                    ■ Other. Specify **ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known)   **9:24-bk-10584-RC**

| 4.8 1 | **Greencore Environmental** | Last 4 digits of account number | $2,155.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**John Feldman**
**1515 N. Cocoa Blvd., Unit 102**
**Cocoa, FL 32922**
Number Street City State Zip Code

**When was the debt incurred?**   2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| 4.8 2 | **Greencore Environmental** | Last 4 digits of account number | $669.77 |
|---|---|---|---|

Nonpriority Creditor's Name
**John Feldman**
**4540 Bonanza St.**
**Cocoa, FL 32927**
Number Street City State Zip Code

**When was the debt incurred?**   2024

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number *(if known)*   **9:24-bk-10584-RC**

---

| 4.8 3 | **Guadalupe P. Conolly** | **Last 4 digits of account number** | | $2,925.56 |

Nonpriority Creditor's Name
**2008 1/2 Stratford Ave**
**Neptune, NJ 07753**
Number Street City State Zip Code

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

☐ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.8 4 | **Health Gods Consultants LLC** | **Last 4 digits of account number** | | $2,295.00 |

Nonpriority Creditor's Name
**11235 NW 43rd Place**
**Coral Springs, FL 33065**
Number Street City State Zip Code

**When was the debt incurred?**   **2023**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| Debtor 1 | **Thomas Anthony Carolan** |
|---|---|
| Debtor 2 | **Dawn Marie Carolan** |

Case number (*if known*)  **9:24-bk-10584-RC**

---

**4.8 5** | **Here Comes the Sun**

Nonpriority Creditor's Name
**9880 Indiana Avenue, Suite 3**
**Riverside, CA 92503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   **$3,940.00**

**When was the debt incurred?**  **2024**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.8 6** | **Hicks Pension Services**

Nonpriority Creditor's Name
**107 N. Reino Road, #228**
**Newbury Park, CA 91320**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   **$1,700.00**

**When was the debt incurred?**  **2024**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Official Form 106 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 42 of 98

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number *(if known)*   **9:24-bk-10584-RC**

---

| 4.8 7 | **Hubspot Inc.** | **Last 4 digits of account number** _____ | **$6,195.61** |

Nonpriority Creditor's Name

**2 Canal Park**
**Cambridge, MA 02141**
Number Street City State Zip Code

**When was the debt incurred?**   **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.8 8 | **ICIT Development Corp.** | **Last 4 digits of account number** _____ | **$15,092.00** |

Nonpriority Creditor's Name

**300 Sunny Isles Blvd 1405**
**Sunny Isles Beach, FL 33160**
Number Street City State Zip Code

**When was the debt incurred?**   **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number *(if known)* | **9:24-bk-10584-RC** |

| 4.8 9 | **Ifficient Inc.** | Last 4 digits of account number | $1,811.55 |

Nonpriority Creditor's Name

**12081 W. Alameda Pkwy #506
Lakewood, CO 80228**

Number Street City State Zip Code

**When was the debt incurred?**    2023

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| 4.9 0 | **Inbound Ignite, LLC** | Last 4 digits of account number | $560.00 |

Nonpriority Creditor's Name

**8 The Green, Suite 17013
Dover, DE 19901**

Number Street City State Zip Code

**When was the debt incurred?**    2024

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (*if known*)  **9:24-bk-10584-RC**

| 4.9.1 | **Inbounds LLC** | | |
|---|---|---|---|

| | | **Last 4 digits of account number** _____ | **$1,702.35** |
|---|---|---|---|

Nonpriority Creditor's Name
**254 Chapman Rd, Ste 208**
**#5821**
**Newark, DE 19702**
Number Street City State Zip Code

**When was the debt incurred?**  **2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| 4.9.2 | **Insurance Solutions Group** | | |
|---|---|---|---|

| | | **Last 4 digits of account number** _____ | **$665.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**2037 Northside Dr. East**
**Statesboro, GA 30458**
Number Street City State Zip Code

**When was the debt incurred?**  **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (*if known*)    **9:24-bk-10584-RC**

---

| 4.9 3 | **Interest Media, Inc.** | | **Last 4 digits of account number** _____ | $54,138.75 |

Nonpriority Creditor's Name
**P.O. Box 875194**
**Kansas City, MO 64187-5194**
Number Street City State Zip Code

**When was the debt incurred?**    **2023-2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.9 4 | **Intuit, Inc.** | | **Last 4 digits of account number** _____ | $1.00 |

Nonpriority Creditor's Name
**2700 Coast Avenue**
**Mountain View, CA 94043**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| Debtor 1 | **Thomas Anthony Carolan** |
|---|---|
| Debtor 2 | **Dawn Marie Carolan** |

Case number (if known)  **9:24-bk-10584-RC**

---

**4.95**

**Jackqueline Stine**
Nonpriority Creditor's Name
**Unit 1621-1622, Soho Central Condo**
**Shaw Blvd, Mandaluyong City**
**Philippines 1552**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the debt subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____      **$1,506.88**

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.96**

**Jana H. Norrell**
Nonpriority Creditor's Name
**1045 Landsdowne Manor Ln E**
**Apt. 248**
**Memphis, TN 38117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the debt subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____      **$1,757.34**

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| Debtor 1 | **Thomas Anthony Carolan** | |
|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number *(if known)*  **9:24-bk-10584-RC** |

---

**4.9 7**

**Jennifer Geston-Selbach**
Nonpriority Creditor's Name

**1423 Wisconsin Ave**
**Palm Harbor, FL 34683**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      **$2,629.68**

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.9 8**

**Jennifer N. Gibbs**
Nonpriority Creditor's Name

**102 N Seaview Road**
**Wilmington, NC 28409**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      **$1,959.62**

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (*if known*)  **9:24-bk-10584-RC**

---

| 4.9 9 | **Jessica N. Feltner** | **Last 4 digits of account number** _____ | **$1,561.40** |
|---|---|---|---|

Nonpriority Creditor's Name
**1120 S. Timber Creek Dr.**
**Milford, OH 45150**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 00 | **Juan Ramos** | **Last 4 digits of account number** _____ | **$3,024.61** |
|---|---|---|---|

Nonpriority Creditor's Name
**3014 Fairfield Dr**
**Brownsville, TX 78526**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (*if known*)   **9:24-bk-10584-RC**

---

**4.1
01**

**Judith Philbrook**
Nonpriority Creditor's Name

**1903 Willowbend Dr
Killeen, TX 76543**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          $2,536.35

**When was the debt incurred?**    **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media,
Inc., listed out of caution to avoid any alter
ego liability**

---

**4.1
02**

**Karen Kristeen G. Betita**
Nonpriority Creditor's Name

**5 F R Aquino St. N. Susan
Executive
Village, Matandang Balara
Quezon City, Philippines 1119**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          $357.87

**When was the debt incurred?**    **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media,
Inc., listed out of caution to avoid any alter
ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known)  **9:24-bk-10584-RC**

---

| 4.1 03 | |
|---|---|

**Karen Y. Dionisio**
Nonpriority Creditor's Name
**23 Goldman St.**
**East Fairview, Quezon City**
**Philippines 1100 639662270802**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **$356.85**

**When was the debt incurred?**  **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 04 | |
|---|---|

**Kasey Geyer**
Nonpriority Creditor's Name
**5350 Desoto Road, Apt. 1306**
**Sarasota, FL 34235**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **$201.42**

**When was the debt incurred?**  **2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number *(if known)* | **9:24-bk-10584-RC** |

| 4.1 05 | **Kautiana M. Ford** | Last 4 digits of account number _____ | $1,635.05 |

Nonpriority Creditor's Name

**3144 Artemisia Lane**
**Wesley Chapel, FL 33543**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** 2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 06 | **Keith W. Moore** | Last 4 digits of account number _____ | $3,560.65 |

Nonpriority Creditor's Name

**602 Buckner St**
**Elsmere, KY 41018**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** 2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number *(if known)*    **9:24-bk-10584-RC**

---

| 4.1 07 | **Kenneth A. Casson** | **Last 4 digits of account number** _____ | $986.34 |

Nonpriority Creditor's Name

**101 East 43rd Street 2**
**Taylor Mill, KY 41015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 08 | **Kenneth Smith Insurance Services** | **Last 4 digits of account number** _____ | $810.00 |

Nonpriority Creditor's Name

**44855 Corte Casa**
**Temecula, CA 92592**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (*if known*)    **9:24-bk-10584-RC**

---

| 4.1 09 | **Kingdom Insurance Group** | **Last 4 digits of account number** _____ | $504.00 |

Nonpriority Creditor's Name

**515 North Broad Street**
**Thomasville, GA 31792**
Number Street City State Zip Code

**When was the debt incurred?**    **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 10 | **Lawanda Muhammad** | **Last 4 digits of account number** _____ | $150.00 |

Nonpriority Creditor's Name

**13637 Aspen Leaf Ln**
**Eastvale, CA 92880**
Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known)  **9:24-bk-10584-RC**

---

| 4.1 11 | **LeadProsper** | **Last 4 digits of account number** _____ | **$98.00** |

Nonpriority Creditor's Name

**38 Rosscraggon Rd, Suite C**
**Asheville, NC 28803**

Number Street City State Zip Code

**When was the debt incurred?**  **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 12 | **LexisNexis Risk Solutions FL Inc** | **Last 4 digits of account number**  9872 | **$2,406.00** |

Nonpriority Creditor's Name

**28330 Network Place**
**Chicago, IL 60673-1283**

Number Street City State Zip Code

**When was the debt incurred?**  **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known)   **9:24-bk-10584-RC**

---

**4.1
13**

**Lisa M. Knapp**
Nonpriority Creditor's Name
**8400 Northwest 25 Street
#100
Doral, FL 33198**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community
debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**Last 4 digits of account number**                    **$1,755.84**

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt of Digital Market Media,
Inc., listed out of caution to avoid any alter
ego liability**

---

**4.1
14**

**Louisiana Department of Revenue**
Nonpriority Creditor's Name
**P.O. Box 201
Baton Rouge, LA 70821-0201**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community
debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**Last 4 digits of account number**   **0001**                    **$70.60**

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate debt of Digital Market Media,
Inc., listed out of caution to avoid any alter
ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (if known)    **9:24-bk-10584-RC**

---

**4.1**
**15**

**Luke Rankin**
Nonpriority Creditor's Name
**11448 Highway 76 W**
**Gray Court, SC 29645**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$990.00**

**When was the debt incurred?**    2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.1**
**16**

**Ma. Jill B. Lugtu**
Nonpriority Creditor's Name
**877 Don Quijote St.**
**Sampaloc, Manila**
**Philippines 1015 693778149159**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$330.00**

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (if known)    **9:24-bk-10584-RC**

---

| 4.1 17 | **Macy D. Lee** | | **Last 4 digits of account number** | | **$2,229.46** |

Nonpriority Creditor's Name
**2305 San Pedro Dr**
**College Station, TX 77845**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 18 | **Madison P. Jones** | | **Last 4 digits of account number** | | **$16.20** |

Nonpriority Creditor's Name
**1906 Green Acres Rd.**
**Jacksonville, AR 72076**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known)   **9:24-bk-10584-RC**

---

| 4.1 19 | **Malachi Uysse** | **Last 4 digits of account number** | | **$660.00** |

Nonpriority Creditor's Name

**1317 Edgewater Dr., Ste. 5711**
**Orlando, FL 32804**

Number Street City State Zip Code

**When was the debt incurred?**   2022

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 20 | **Mansueto Ventures, LLC** | **Last 4 digits of account number** | | **$2,000.00** |

Nonpriority Creditor's Name

**7 World Trade Center**
**New York, NY 10007**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**

Debtor 2  **Dawn Marie Carolan**

Case number (if known)  **9:24-bk-10584-RC**

---

| 4.1 21 | **Media Force Ltd** | | $4.25 |
|---|---|---|---|

Nonpriority Creditor's Name

**26 Harokmim St.**
**Holon**
**Israel 5885849**

Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?**  **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 22 | **Medicare Complete** | | $1,550.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**Dalton Lawson**
**4327 Eaton St**
**Kansas City, KS 66103**

Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?**  **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (if known)    **9:24-bk-10584-RC**

---

| 4.1 23 | **Medicare Complete** | Last 4 digits of account number _____ | $750.00 |

Nonpriority Creditor's Name
**Sean Gorman**
**4327 Eaton St**
**Kansas City, KS 66103**
Number Street City State Zip Code

**When was the debt incurred?**    **2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 24 | **Medicare Complete** | Last 4 digits of account number _____ | $1,500.00 |

Nonpriority Creditor's Name
**Jeremy David**
**4327 Eaton St**
**Kansas City, KS 66103**
Number Street City State Zip Code

**When was the debt incurred?**    **2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number *(if known)* | **9:24-bk-10584-RC** |

---

**4.1 25** | **Metrix Holdings LLC dba Equoto**

Nonpriority Creditor's Name

**817 West Peachtree St, P200**
**Atlanta, GA 30308**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$5,374.00**

**When was the debt incurred?**    **2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.1 26** | **Midnight Oil Marketing Group, Inc.**

Nonpriority Creditor's Name

**702 Ash Street, Ste. 107**
**San Diego, CA 92101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$289.00**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (if known)    **9:24-bk-10584-RC**

---

| 4.1 27 | |
|---|---|

**Missouri Department of Labor and**
Nonpriority Creditor's Name
**Industrial Relations**
**P.O. Box 59**
**Jefferson City, MO 65104-0059**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **3000**                      **$20.74**

When was the debt incurred?    **2024**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 28 | |
|---|---|

**Movses Manukyan**
Nonpriority Creditor's Name
**Shirvanzade 15/32 apt. 11**
**Arabkir, 0014**
**Yerevan, Armenia**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number                        **$4,300.00**

When was the debt incurred?    **2024**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (*if known*)   **9:24-bk-10584-RC**

---

| 4.1 29 | | | |
|---|---|---|---|

**Mutual of Omaha**
Nonpriority Creditor's Name

**3300 Mutual of Omaha Plaza**
**Omaha, NE 68175**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** 2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

$71,652.00

---

| 4.1 30 | | | |
|---|---|---|---|

**Natasha N. Morris**
Nonpriority Creditor's Name

**1003 Cobb Road**
**Statesboro, GA 30461**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** 2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

$1,114.68

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (*if known*)    **9:24-bk-10584-RC**

---

| 4.1 31 | **North Carolina Department Commerce** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Employment Security Division**
**P.O. Box 26504**
**Raleigh, NC 27611-6504**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **5461**

**When was the debt incurred?**    **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

$57.53

---

| 4.1 32 | **Nutmeg Insurance Advisors LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1 St. John St**
**North Haven, CT 06473**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

$1,250.00

---

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number *(if known)* | **9:24-bk-10584-RC** |

---

**4.1 33**

| **Ogden & Fricks LLP** | Last 4 digits of account number | **1658** | **$1,924.50** |
|---|---|---|---|

Nonpriority Creditor's Name

**656 Santa Rosa Street, Suite 2B**
**San Luis Obispo, CA 93401**

When was the debt incurred?    **2023-2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.1 34**

| **Ohio Department of Job-Family Serv.** | Last 4 digits of account number | **4003** | **$373.80** |
|---|---|---|---|

Nonpriority Creditor's Name

**Office of Unemployment Insurance Op**
**P.O. Box 182404**
**Columbus, OH 43218-2404**

When was the debt incurred?    **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number *(if known)* | **9:24-bk-10584-RC** |

---

**4.1
35**

**Optimize to Convert Digital, LLC**                    **Last 4 digits of account number** _____                    **$5,818.00**

Nonpriority Creditor's Name

**170 Commerce Way, Suite 200**                         **When was the debt incurred?**   2023-2024
**Portsmouth, NH 03801**

Number Street City State Zip Code                       **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                         ■ Contingent

☐ Debtor 2 only                                         ■ Unliquidated

■ Debtor 1 and Debtor 2 only                            ☐ Disputed

☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community               ☐ Student loans
debt**
                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                     report as priority claims

■ No                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                        **Corporate debt of Digital Market Media,**
                                                        **Inc., listed out of caution to avoid any alter**
☐ Yes                                           ■ Other. Specify  **ego liability**

---

**4.1
36**

**Options Agency**                                      **Last 4 digits of account number** _____                    **$1,000.00**

Nonpriority Creditor's Name

**802 Kingsgate Dr**                                    **When was the debt incurred?**   2021
**Corona, CA 92882**

Number Street City State Zip Code                       **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                         ■ Contingent

☐ Debtor 2 only                                         ■ Unliquidated

■ Debtor 1 and Debtor 2 only                            ☐ Disputed

☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community               ■ Student loans
debt**
                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                     report as priority claims

■ No                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                        **Corporate debt of Digital Market Media,**
                                                        **Inc., listed out of caution to avoid any alter**
☐ Yes                                           ■ Other. Specify  **ego liability**

---

Debtor 1 **Thomas Anthony Carolan**
Debtor 2 **Dawn Marie Carolan**

Case number *(if known)* **9:24-bk-10584-RC**

| 4.1 37 | | | |
|---|---|---|---|

**Paylocity**

Nonpriority Creditor's Name

**1400 American Lane**
**Schaumburg, IL 60173**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **5703**

**When was the debt incurred?** **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

$1,392.62

| 4.1 38 | | | |
|---|---|---|---|

**Peak Advertising, LLC**

Nonpriority Creditor's Name

**1200 Pierce Rd**
**Madison, TN 37115**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number

**When was the debt incurred?** **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

$2,800.00

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known)   **9:24-bk-10584-RC**

---

| 4.1 39 | **PolicyScout, LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**10808 South River Front Parkway Ste. 500
South Jordan, UT 84095**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$22,849.40**

**When was the debt incurred?**   **2023-2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 40 | **PX, Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**44 Wall Street - Suite 605
New York, NY 10005**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$9,719.60**

**When was the debt incurred?**   **2023-2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number *(if known)*   **9:24-bk-10584-RC**

---

| 4.1 41 | **QuinStreet Inc.** | | $300.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 8398**
**Pasadena, CA 91109-8398**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 42 | **Quote Storm Holdings, LLC** | | $240.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**5111 SW 87th Avenue**
**Miami, FL 33165**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (*if known*)    **9:24-bk-10584-RC**

---

| 4.1 43 | **Quotehound Inc.** | | | **$134.50** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1101 Central Expy S Ste 250**
**Allen, TX 75013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 44 | **QuoteWizard by LendingTree LLC** | | | **$1,659.41** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 840470**
**Dallas, TX 75284-0470**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **6554**

**When was the debt incurred?**    **2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (*if known*)  **9:24-bk-10584-RC**

---

| 4.1 45 | | | |
|---|---|---|---|

**Rachel S. Trout**
Nonpriority Creditor's Name

**11726 Rolling Stream Dr**
**Tomball, TX 77375**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$2,982.24**

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 46 | | | |
|---|---|---|---|

**Ranjit K. Pandey**
Nonpriority Creditor's Name

**1202 Parkway Dr**
**#1202**
**Greenville, OH 45331**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$1,868.45**

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (if known)    **9:24-bk-10584-RC**

---

**4.1
47**

**Raquel Otero Morales**

Nonpriority Creditor's Name

**135 Honey Dr**
**Brownsville, TX 78520**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$3,336.97**

**When was the debt incurred?**    **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.1
48**

**Regina L. Rodriguez**

Nonpriority Creditor's Name

**707 Racquet Ct**
**Harker Heights, TX 76548**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$1,874.70**

**When was the debt incurred?**    **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (if known)    **9:24-bk-10584-RC**

---

**4.1
49**

**Retreaver**

Nonpriority Creditor's Name

**36 Cattano Avenue, 5th Floor
Morristown, NJ 07960**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        $78.69

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.1
50**

**Reynold P. Marshall**

Nonpriority Creditor's Name

**7917 Spring Run Dr
Magnolia, TX 77354**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        $1,582.30

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known)   **9:24-bk-10584-RC**

---

| 4.1 51 | **Right Choice Community Commitment** | |
|---|---|---|

Nonpriority Creditor's Name
**152 Market St, #217**
**Paterson, NJ 07505**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**$1,170.00**

**When was the debt incurred?** 2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 52 | **Right Choice Community Commitment** | |
|---|---|---|

Nonpriority Creditor's Name
**152 Market St, #217**
**Paterson, NJ 07505**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**$900.00**

**When was the debt incurred?** 2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number *(if known)*   **9:24-bk-10584-RC**

| 4.1 53 | **Robert E. Barnett** | **Last 4 digits of account number** _____ | **$1,907.38** |
|---|---|---|---|

Nonpriority Creditor's Name
**8921 Bradwell Place**
**#208**
**Fishers, IN 46037**

**When was the debt incurred?**   **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| 4.1 54 | **Salt Media Group** | **Last 4 digits of account number** _____ | **$3,704.55** |
|---|---|---|---|

Nonpriority Creditor's Name
**8751 Sandy Parkway**
**Sandy, UT 84070**

**When was the debt incurred?**   **2023-2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known)   **9:24-bk-10584-RC**

---

| 4.1 55 | **Sam Alvarado** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**21305 Beechwood Rd**
**Madera, CA 93638**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **$540.00**

**When was the debt incurred?**   **2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 56 | **SBA Disaster Covid-19 Economic Inj** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**CESC-Covid EIDL Service Center**
**14925 Kingsport Rd**
**Fort Worth, TX 76155**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** __7804__     **$601,867.96**

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., personally guaranteed by Debtors**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (if known)    **9:24-bk-10584-RC**

---

| 4.1 57 | | |
|---|---|---|

**Sean Nguyen**
Nonpriority Creditor's Name
**1297 Flickinger Ave**
**San Jose, CA 95131**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$1,500.00**

**When was the debt incurred?**    2022

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 58 | | |
|---|---|---|

**Senior Health LLC**
Nonpriority Creditor's Name
**7801 Pine Ridge Road**
**Louisville, KY 40241**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$500.00**

**When was the debt incurred?**    2021

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| Debtor 1 | **Thomas Anthony Carolan** |
|---|---|
| Debtor 2 | **Dawn Marie Carolan** |

Case number (if known)   **9:24-bk-10584-RC**

---

| 4.1<br>59 | **Senior Life Insurance** | Last 4 digits of account number | $855.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**Scott Maxwell**
**2619 S. Keene**
**Mesa, AZ 85209**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1<br>60 | **Shanita B. Reed** | Last 4 digits of account number | $1,251.62 |
|---|---|---|---|

Nonpriority Creditor's Name

**18965 S Mobile St**
**Citronelle, AL 36522**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (*if known*)   **9:24-bk-10584-RC**

---

**4.1
61**

**Sharee Gavin**
Nonpriority Creditor's Name
**6109 W Fordham Place**
**Cincinnati, OH 45213**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   $2,795.70

**When was the debt incurred?**   2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.1
62**

**Sharon V. Lezama**
Nonpriority Creditor's Name
**1744 Wesminster Circle**
**Griffin, GA 30223**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   $1,933.85

**When was the debt incurred?**   2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number *(if known)*  **9:24-bk-10584-RC**

---

**4.1 63**

**Shawta Barnes**
Nonpriority Creditor's Name
**3807 Ichabod Circle, Apt. 246**
**Arlington, TX 76013**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$1,297.26**

When was the debt incurred?  **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.1 64**

**Sierra Vista Regional Medical Ctr.**
Nonpriority Creditor's Name
**FILE # 57445**
**Los Angeles, CA 90074-7445**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **5810**          **$2,673.27**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Medical bill**

---

**4.1 65**

**Spektra Financial**
Nonpriority Creditor's Name
**Sam Nemovi**
**3131 Camino Del Rio N**
**San Diego, CA 92108**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$3,600.00**

When was the debt incurred?  **2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (if known)    **9:24-bk-10584-RC**

| 4.1 66 | **Stacy L. Green** | | |

Nonpriority Creditor's Name

**805 Summit Park Trail #1**
**McDonough, GA 30253**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____    **$821.40**

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 67 | **State HQ** | | |

Nonpriority Creditor's Name

**152 North 480 East**
**PO Box 113**
**Millville, UT 84326**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____    **$50.00**

**When was the debt incurred?**    2022

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

| Debtor 1 | **Thomas Anthony Carolan** |
|----------|----------------------------|
| Debtor 2 | **Dawn Marie Carolan** |

Case number *(if known)*    **9:24-bk-10584-RC**

---

**4.1 68**

**Stephen Evans**
Nonpriority Creditor's Name
**1288 Bluets Rd**
**Newport, TN 37821**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          $261.12

**When was the debt incurred?** 2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.1 69**

**Steve Rush**
Nonpriority Creditor's Name
**PO Box 149**
**Eureka Springs, AR 72632**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          $1,200.00

**When was the debt incurred?** 2022

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number *(if known)*  **9:24-bk-10584-RC**

---

| 4.1 70 | **Stonehedge Media** | | **Last 4 digits of account number** _____ | **$3,425.00** |

Nonpriority Creditor's Name

**108 West 13th Street, Suite 100**
**Wilmington, DE 19801**

Number Street City State Zip Code

**When was the debt incurred?**  **2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 71 | **Suited Connector, LLC** | | **Last 4 digits of account number** _____ | **$13,898.53** |

Nonpriority Creditor's Name

**P.O. Box 844017**
**Dallas, TX 75284-4017**

Number Street City State Zip Code

**When was the debt incurred?**  **2023-2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number *(if known)* | **9:24-bk-10584-RC** |

---

| 4.1 72 | **Sunshine Residuals LLC** | **Last 4 digits of account number** _____ | **$1,035.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Senior Health Desk**
**440 E. Sample Rd, Suite 205**
**Pompano Beach, FL 33064**

**When was the debt incurred?**    2023

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 73 | **Tennessee Dept. of Labor-Workforce** | **Last 4 digits of account number**    9873 | **$47.26** |
|---|---|---|---|

Nonpriority Creditor's Name
**Employment Security Division**
**220 French Landing Drive**
**Nashville, TN 37243**

**When was the debt incurred?**    2024

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (*if known*)  **9:24-bk-10584-RC**

---

| 4.1 74 | **The Hanover Insurance Group** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**440 Lincoln Streetn**
**Worcester, MA 01653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **1000**

$636.50

**When was the debt incurred?** **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 75 | **The Palmer Agency** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**935 17th St SE**
**Rochester, MN 55904**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**

$855.00

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (if known)    **9:24-bk-10584-RC**

| 4.1<br>76 | **Thriti Technologies LLC** | **Last 4 digits of account number** _____ | **$9,710.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**2411 Aiken Drive**
**Richmond, VA 23294**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1<br>77 | **Tiburon Media Group, LLC** | **Last 4 digits of account number** _____ | **$825.60** |
|---|---|---|---|

Nonpriority Creditor's Name
**39 Main Street**
**Belvedere Tiburon, CA 94920**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (if known)    **9:24-bk-10584-RC**

---

| 4.1 78 | **Tina L. Harvey** | **Last 4 digits of account number** _____ | **$1,178.45** |

Nonpriority Creditor's Name

**6617 NE 49th Terrace**
**Kansas City, MO 64119**

Number Street City State Zip Code

**When was the debt incurred?**    **2024**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 79 | **Travis Flatt** | **Last 4 digits of account number** _____ | **$770.00** |

Nonpriority Creditor's Name

**3201 Wind Call Ln.**
**Edmond, OK 73034**

Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (if known)    **9:24-bk-10584-RC**

---

| 4.1 80 | **Triumph Communications, LLC** | | Last 4 digits of account number _____ | $2,049.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Susan Anderson**
**20 Collins Rd.**
**Greeneville, TN 37745**

When was the debt incurred?    **2024**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 81 | **United Lead Center LLC** | | Last 4 digits of account number _____ | $1,200.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2145 Davie Blvd, St 201**
**Fort Lauderdale, FL 33312**

When was the debt incurred?    **2023**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1   **Thomas Anthony Carolan**
Debtor 2   **Dawn Marie Carolan**

Case number (if known)   **9:24-bk-10584-RC**

---

**4.1
82**

**Uprise Solar**
Nonpriority Creditor's Name
**1140 3rd St NE**
**Washington, DC 20002**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   **$3,600.00**

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.1
83**

**Vanessa L. Vaughn**
Nonpriority Creditor's Name
**12073 Roddy Rd**
**#15**
**Gonzales, LA 70737**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   **$2,524.62**

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1    **Thomas Anthony Carolan**
Debtor 2    **Dawn Marie Carolan**

Case number (if known)    **9:24-bk-10584-RC**

---

| 4.1 84 | **VIP Response** | Last 4 digits of account number _____ | $229.95 |
|---|---|---|---|

Nonpriority Creditor's Name
**Parijsboulevard 143D**
**3541 CS Utrecht**
**The Netherlands**
Number Street City State Zip Code

When was the debt incurred?    **2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 85 | **Virginia L. Smith** | Last 4 digits of account number _____ | $2,425.90 |
|---|---|---|---|

Nonpriority Creditor's Name
**19805 Green Forrest Dr.**
**Pass Christian, MS 39571**
Number Street City State Zip Code

When was the debt incurred?    **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number *(if known)*  **9:24-bk-10584-RC**

---

| 4.1 86 | **Wells Fargo Bank, N.A. (114)** | Last 4 digits of account number   2027 | $5,590.29 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 6995**
**Portland, OR 97228-6995**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 87 | **Wells Fargo Card Services** | Last 4 digits of account number   7409 | $19,451.73 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 10347**
**Des Moines, IA 50306-0347**
Number Street City State Zip Code

When was the debt incurred?  2023

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit card purchases**

---

| 4.1 88 | **Wells Fargo SBL** | Last 4 digits of account number   5364 | $22,701.55 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 29482**
**Phoenix, AZ 85038-8650**
Number Street City State Zip Code

When was the debt incurred?  2023

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number *(if known)* | **9:24-bk-10584-RC** |

---

**4.1 89**

**Wells Fargo SBL**
Nonpriority Creditor's Name
**P.O. Box 29482**
**Phoenix, AZ 85038-8650**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** 3337                    $1,780.68

**When was the debt incurred?** 2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.1 90**

**Wells Fargo SBL**
Nonpriority Creditor's Name
**P.O. Box 29482**
**Phoenix, AZ 85038-8650**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** 2649                    $51,795.54

**When was the debt incurred?** 2023-2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| Debtor 1 | **Thomas Anthony Carolan** |
|---|---|
| Debtor 2 | **Dawn Marie Carolan** |

Case number (*if known*)  **9:24-bk-10584-RC**

---

**4.1**
**91**

**Wells Fargo SBL**
Nonpriority Creditor's Name

**P.O. Box 29482**
**Phoenix, AZ 85038-8650**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **0793**                    **$1,572.66**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Corporate debt of Legends United Insurance Agency, Inc., listed out of caution to avoid any alter ego liability**

---

**4.1**
**92**

**Wells Fargo SBL**
Nonpriority Creditor's Name

**P.O. Box 29482**
**Phoenix, AZ 85038-8650**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **4899**                    **$12,521.55**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Legends United Insurance Agency, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number (*if known*)  **9:24-bk-10584-RC**

---

| 4.1 93 | | | |
|---|---|---|---|

**William West**
Nonpriority Creditor's Name

**7793 Waggoner Chase Blvd**
**Blacklick, OH 43004**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$45.00**

**When was the debt incurred?**   2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

| 4.1 94 | | | |
|---|---|---|---|

**Wolffs Financial**
Nonpriority Creditor's Name

**9593 Town Parc Circle S**
**Parkland, FL 33076**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$595.00**

**When was the debt incurred?**   2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

Debtor 1  **Thomas Anthony Carolan**
Debtor 2  **Dawn Marie Carolan**

Case number *(if known)*  **9:24-bk-10584-RC**

---

**4.1 95**

**Yanecy Perdomo**
Nonpriority Creditor's Name

**5819 Palmetto Way**
**San Antonio, TX 78253**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      $1,761.15

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**4.1 96**

**ZoomInfo Technologies LLC**
Nonpriority Creditor's Name

**805 Broadway Street, Suite 900**
**Vancouver, WA 98660**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  2623      $18,000.00

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate debt of Digital Market Media, Inc., listed out of caution to avoid any alter ego liability**

---

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Altus Receivables Management**
**2121 Airline Drive, Suite 520**
**Metairie, LA 70001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.41** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      2159

---

Name and Address
**CMI Credit Mediators, Inc.**
**P.O. Box 456**
**Upper Darby, PA 19082-0456**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.144** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      3052

---

Name and Address
**Department of Commerce**
**Bureau of Wage & Hour Admin.**
**P.O. Box 4009**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.161** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | Case number (if known) | **9:24-bk-10584-RC** |

**Reynoldsburg, OH 43068-9009**

| | | |
|---|---|---|
| | Last 4 digits of account number | **6103** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Dickie, McCamey & Chilcote, P.C.**<br>**Two PPG Place, Suite 400**<br>**Pittsburgh, PA 15222** | Line **4.56** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Euler Hermes Collections North**<br>**America Company**<br>**100 International Drive, 22nd Floor**<br>**Baltimore, MD 21202** | Line **4.18** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **0246** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Gregory N. Filosa**<br>**Filosa Graff LLP**<br>**17 State Street, 40th Floor**<br>**New York, NY 10004** | Line **4.4** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Law Offices of Carol Hamilton**<br>**Continental Commercial Group**<br>**1111 N. Brand Blvd, Ste 401**<br>**Glendale, CA 91202** | Line **4.52** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2920** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **N.C. Department of Labor**<br>**1101 Mail Service Center**<br>**Raleigh, NC 27699** | Line **4.30** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **9235** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Oklahoma Department of Labor**<br>**409 NE 28th Street, 3rd Floor**<br>**Oklahoma City, OK 73105-5212** | Line **4.34** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **5CKG** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Qualifier**<br>**6501 Congress Avenue, Unit 140**<br>**Boca Raton, FL 33487** | Line **4.71** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Richard T. Avis, Attorney &**<br>**Associates, LLC**<br>**P.O. Box 735633**<br>**Chicago, IL 60673-5633** | Line **4.61** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **1869** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **The Leviton Law Firm, Ltd.**<br>**One Pierce Place, Suite 725W**<br>**Itasca, IL 60143** | Line **4.41** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2159** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Tim Waggoner, Esq.**<br>**Mutual of Omaha**<br>**3300 Mutual of Omaha Plaza**<br>**Omaha, NE 68175** | Line **4.129** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Debtor 1 | **Thomas Anthony Carolan** | | |
|---|---|---|---|
| Debtor 2 | **Dawn Marie Carolan** | | |
| | | Case number (if known) | **9:24-bk-10584-RC** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Triumph Communications, LLC**<br>**180 Pauline Drive**<br>**Hazel Green, AL 35750** | Line **4.180** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Tucker Albin & Associates**<br>**1702 N. Collins Blvd, Suite 100**<br>**Richardson, TX 75080** | Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **2750** |

---

**Part 4:**    Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $    0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $    0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $    0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $    0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $    0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $    5,719.64 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $    0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $    0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $    2,062,810.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $    2,068,529.64 |

Supplemental Master Mailing List

Amazon Web Services, Inc.
410 Terry Ave North
Seattle, WA 98109-5210

Hicks Pension Services
107 N. Reino Road, #228
Newbury Park, CA 91320